UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| TRI-CITY COMMUNITY ACTION PROGRAM, INC. | ) ) ) | Chapter 11<br>Case No. 15-11569-JNF |
| Debtor. | ) ) ) | |

**DEBTOR'S MOTION TO CONDUCT RULE 2004 EXAMINATION OF
THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
HOUSING AND COUMMNITY DEVELOPMENT
(Request for Emergency Determination)**

Tri-City Community Action Program, Inc., debtor and debtor in possession this Chapter 11 case, moves this Court for an order authorizing an examination under Fed. R. Bankr. P. 2004 of the Commonwealth of Massachusetts Department of Housing and Community Development, for the limited purpose of obtaining records in the possession of DHCD concerning certain liabilities of the Debtor. Because the information the Debtor seeks is necessary for completing the Debtor's schedules of liabilities, due on May 8, 2015, the Debtor seeks emergency determination of this motion pursuant to MLBR 9013-1 (g). As grounds for this motion, the Debtor states as follows:

1.	The Debtor filed its voluntary petition for Chapter 11 relief on April 23, 2015 (the "Petition Date").

2.	The Debtor is the antipoverty agency for Malden, Medford, Everett and surrounding Massachusetts towns. It is in the process of winding down its operations, and filed this case to facilitate that process.

3. Prior to the Petition Date, the Debtor operated a fuel assistance program under the federal Low Income Home Energy Assistance Program ("LIHEAP") administered by DHCD. ON or about December 1, 2014, in cooperation with DHCD, responsibility for that program was transferred to another agency, Action for Boston Community Development, Inc. ("ABCD").

4. As a consequence of that transfer, the Debtor does not have access to the records of its operations of that program necessary to schedule specific debts. The Debtor is informed and believes that DHCD does have the necessary records. Specifically, the Debtor understands that DHCD has the names and addresses of approximately 1,300 former Tri-CAP clients who were to receive fuel assistance but did not, as well as the dollar amounts of that unpaid aid. The Debtor needs this information so that it can schedule these obligations on its Schedule F of unsecured liabilities, include these creditors on the matrix, and provide notice of the bankruptcy proceedings.

5. DHCD has acknowledged, through counsel, that it has the records the Debtor seeks, but because the contract between DHCD and the Debtor under which LIHEAP was operated is now terminated, DHCD will only produce the information to the Debtor under a court order or subpoena.

WHEREFORE, the Debtor prays that this Court enter an order authorizing the Debtor to conduct an examination of the Department of Housing and Community Development regarding the Debtor's former LIHEAP operations, that the Court grant this motion on an emergency basis, and for such other and further relief as is just.

Respectfully Submitted
Tri-City Community Action Program, Inc.
By its attorneys,

/s/ John T. Morrier
John T. Morrier (BBO No. 628624)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Tel:    (617) 426-5900
E-mail:  morrier@casneredwards.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2015 he caused a copy of the foregoing to be served by electronically via Court's CM/ECF system upon all registered users in this Chapter 11 case, or via first-class mail, postage prepaid, upon the following parties:

- Gayle P. Ehrlich    gehrlich@pierceatwood.com, mnatola@pierceatwood.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- John T. Morrier    morrier@casneredwards.com
- Kate E. Nicholson    knicholson@nicholsonshepard.com

Lauren Vitale
Department of Housing and Community Development
100 Cambridge St Ste 300
Boston, MA 02114
also via email: lauren.vitale@state.ma.us

/s/ John T. Morrier