UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| TRI-CITY COMMUNITY ACTION | )  Chapter 11 |
| PROGRAM, INC. | )  Case No. 15-11569-JNF |
| | ) |
| Debtor. | ) |
| | ) |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY
OF ENTITIES IN WHICH THE ESTATE OF TRI-CITY COMMUNITY ACTION
PROGRAM, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of 6/30/14 and 3/31/15 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. Tri-City Community Action Program, Inc. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate |
|---|---|
| 54 Eastern Avenue Malden  LLC | 53.3% |

This periodic report (the "Periodic Report") contains reports ("Entity Reports") on the value, operations, and profitability of the entity listed above.

The undersigned, having reviewed the above listing of entities in which the estate of Debtor holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

/s/ Charles Harak
Signature of Authorized Individual

Charles Harak

Director
Title of Authorized Individual

Dated: May 22, 2015

## Exhibit A

## Valuation Estimate for 54 Eastern Ave Malden LLC

$0.00 source: Statement of Partner's Capital (negative)

# 54 EASTERN AVE MALDEN  LLC

### Statement of Partner's Capital
### For the year ended June 30, 2014

| | | |
|---|---|---:|
| Retained earnings, beginning | | 0.00 |
| Net income (loss) | | (36,022.92) |
| Retained earnings, ending | $ | (36,022.92) |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

### Statement of Partner's Capital
### For the 9 months ended March 31, 2015

| | | |
|---|---|---:|
| Retained earnings, beginning | $ | (36,022.92) |
| Net income (loss) | | 5,301.77 |
| Retained earnings, ending | $ | (30,721.15) |

See accountant's compilation report

**Exhibit B**
**Financial Statements for 54 Eastern Ave Malden LLC**

# 54 EASTERN AVE MALDEN  LLC

### Balance Sheet
### June 30, 2014

**Assets**

| | | |
|---|---|---|
| **Current assets** | | |
| Century - Checking | $ | 1,028.66 |
| **Total current assets** | | 1,028.66 |
| | | |
| **Property plant and equipment** | | |
| Building | | 768,101.50 |
| Construction In Progress | | 11,871.31 |
| Accum. deprec. - Building | | (21,003.08) |
| **Total property plant and equipment** | | 758,969.73 |
| | | |
| **Total assets** | $ | 759,998.39 |

**Liabilities and Equity**

| | | |
|---|---|---|
| **Long-term liabilities** | | |
| Loan - Century Bank | $ | 675,000.00 |
| Loan - Phil AM Realty | | 75,000.00 |
| **Total long-term liabilities** | | 750,000.00 |
| | | |
| **Equity** | | |
| Member Capital - Tricap | | 26,473.57 |
| Member Capital - Bread of Life | | 19,547.74 |
| Retained earnings | | (36,022.92) |
| **Total equity** | | 9,998.39 |
| | | |
| **Total liabilities and equity** | $ | 759,998.39 |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

### Balance Sheet
### March 31, 2015

**Assets**

| | | |
|---|---|---:|
| **Current assets** | | |
| Century - Checking | $ | 6,330.43 |
| **Total current assets** | | 6,330.43 |
| | | |
| **Property plant and equipment** | | |
| Building | | 768,101.50 |
| Construction In Progress | | 11,871.31 |
| Accum. deprec. - Building | | (21,003.08) |
| **Total property plant and equipment** | | 758,969.73 |
| | | |
| **Total assets** | $ | 765,300.16 |

**Liabilities and Equity**

| | | |
|---|---|---:|
| **Long-term liabilities** | | |
| Loan - Century Bank | $ | 675,000.00 |
| Loan - Phil AM Realty | | 75,000.00 |
| **Total long-term liabilities** | | 750,000.00 |
| | | |
| **Equity** | | |
| Member Capital - Tricap | | 26,473.57 |
| Member Capital - Bread of Life | | 19,547.74 |
| Retained earnings | | (30,721.15) |
| **Total equity** | | 15,300.16 |
| | | |
| **Total liabilities and equity** | $ | 765,300.16 |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

## Income Statement
### For the year ended June 30, 2014

| | | |
|---|---|---:|
| **Operating revenue** | | |
| Rental Income | $ | 28,953.22 |
| **Total operating revenue** | | 28,953.22 |
| | | |
| **Operating expenses** | | |
| Bank service charges | | 25.00 |
| Depreciation | | 21,003.08 |
| Insurance - General Liability & Property | | 6,204.26 |
| Utilities - Gas and electric | | 4,093.93 |
| Utilities - Water & Sewer | | 172.55 |
| **Total operating expenses** | | 31,498.82 |
| | | |
| **Income from operations** | | (2,545.60) |
| | | |
| **Other expenses** | | |
| Interest Expense | | 23,326.05 |
| Other taxes | | 10,151.27 |
| **Total other expenses** | | 33,477.32 |
| | | |
| **Net income (loss)** | | (36,022.92) |
| Retained earnings, beginning | | 0.00 |
| **Retained earnings, ending** | $ | (36,022.92) |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

## Income Statement
### For the 9 months ended March 31, 2015

| | | |
|---|---|---:|
| **Operating revenue** | | |
| Rental Income | $ | 23,850.00 |
| **Total operating revenue** | | 23,850.00 |
| | | |
| **Operating expenses** | | |
| Insurance - General Liability & Property | | 4,167.03 |
| Utilities | | 82.91 |
| Utilities - Gas and electric | | 632.30 |
| Utilities - Water & Sewer | | 222.80 |
| **Total operating expenses** | | 5,105.04 |
| | | |
| **Income from operations** | | 18,744.96 |
| | | |
| **Other expenses** | | |
| Interest Expense | | 13,443.19 |
| **Total other expenses** | | 13,443.19 |
| | | |
| **Net income (loss)** | | 5,301.77 |
| Retained earnings, beginning | | (36,022.92) |
| **Retained earnings, ending** | $ | (30,721.15) |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

### Statement of Cash Flow
### For the year ended June 30, 2014

| | | |
|---|---|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Net income/(loss) | $ | (36,022.92) |
| Depreciation and amortization expense | | 21,003.08 |
| **Net cash provided by (used in) operating activities** | | (15,019.84) |
| | | |
| CASH FLOWS FROM INVESTING ACTIVITIES | | |
| Investment in fixed assets | | (768,101.50) |
| **Net cash provided by (used in) investing activities** | | (768,101.50) |
| | | |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Increase/(decrease) in other long-term liabilities | | 750,000.00 |
| **Net cash provided by (used in) financing activities** | | 750,000.00 |
| | | |
| **Net increase/(decrease) in cash** | | (33,121.34) |
| **Cash at beginning of period** | | 34,150.00 |
| **Cash at end of period** | $ | 1,028.66 |

See accountant's compilation report

# 54 EASTERN AVE MALDEN  LLC

### Statement of Cash Flow
### For the 9 months ended March 31, 2015

| | | |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Net income/(loss) | $ | 5,301.77 |
| **Net cash provided by (used in) operating activities** | | 5,301.77 |
| | | |
| CASH FLOWS FROM INVESTING ACTIVITIES | | |
| **Net cash provided by (used in) investing activities** | | 0.00 |
| | | |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| **Net cash provided by (used in) financing activities** | | 0.00 |
| | | |
| **Net increase/(decrease) in cash** | | 5,301.77 |
| **Cash at beginning of period** | | 1,028.66 |
| **Cash at end of period** | $ | 6,330.43 |

See accountant's compilation report

**Exhibit C**
**Description of Operations for 54 Eastern Ave Malden, LLC**

This entity owns and operates the real estate at 54 Eastern Ave., Malden, MA.   The property is used as a food pantry operated by the non-debtor member, Bread of Life, Inc.