UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: Tri-City Community Action Program, Inc.<br><br>Debtor | Chapter 11<br><br>Case No. 15-11569-JNF |

### APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

Michael A. Sticca
d/b/a Sticca Contracting Company
376 Washington Street
Malden, MA  02148
Tel: 617-592-6819
E-mail: mickthestic@comcast.net
Creditor Rep:  Kevin J. Kiely
85 Eastern Avenue
Gloucester, MA  01930
Tel: 978-283-7700
Fax: 978-283-8880
E-mail: kevin@oldharborlaw.com

Joseph DeRenzis, Trustee
A.M.G. Realty Trust
41 Rivers Lane
Melrose, MA  02176
Tel:  781-979-9449
E-mail: josephderenzis@comcast.net
Creditor Rep:  Kate E. Nicholson
875 Massachusetts Avenue, Ste. 31
Cambridge, MA  02139
Tel:  857-600-0508
E-mail: knicholson@nicholsonshepard.com

Glen Alexander
d/b/a Alexander Construction
25 Bond Street
Reading, MA  01867
Tel: 781-397-9909
Fax: 781-944-7763
E-mail: gja0613@gmail.com

Respectfully submitted,

William K. Harrington
United States Trustee

By: /s/ Paula R.C. Bachtell
Paula R. C. Bachtell BBO#564155
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109-3934
(617) 788-0406
(617) 565-6368
Dated: June 5, 2015                    Paula.bachtell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 5, 2015, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and the persons listed above and below.

William K. Harrington
United States Trustee

By:    /s/ Paula R. C. Bachtell
Paula R. C. Bachtell BBO# 564155
United States Department of Justice
John W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA  02109-3934
PHONE:     (617) 788-0406
FACSIMILE: (617) 565-6368
Paula.bachtell@usdoj.gov

Attached amended list of 20 largest unsecured claims
Attached Matrix

Atlantic Weatherization
61R Jefferson Avenue
Salem, MA 01970
Tel: 978-744-8143
Creditor Rep: Brian J. Gilligan
9 Lee Street
Salem, MA 01970
Tel: 978-360-2297
E-mail: bgilligan0113@comcast.net

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

| In re | TRI-CITY COMMUNITY ACTION PROGRAM, INC. | | Case No. | 15-11569 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS- AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| National Grid<br>Attn: Legal Department<br>40 Sylvan Road<br>Waltham, MA 02451 | National Grid<br>Attn: Legal Department<br>40 Sylvan Road<br>Waltham, MA 02451 | LIHEAP Fuel asssistance and utility | Contingent | 440,152.51 |
| Sticca Contracting Co.<br>376 Washington Street<br>#204<br>Malden, MA 02148 | Mike Sticca<br>Sticca Contracting Co.<br>376 Washington Street<br>#204<br>Malden, MA 02148<br>781-322-5767 | Trade debt | | 268,257.17 |
| Heading Home Inc.<br>529 Main Street<br>Suite 100<br>Charlestown, MA 02129 | Heading Home Inc.<br>529 Main Street<br>Suite 100<br>Charlestown, MA 02129<br>617-864-8140 | Trade debt | | 90,939.00 |
| American Building Technologies<br>2 Neptune Road, Suite 439<br>Boston, MA 02128 | American Building Technologies<br>2 Neptune Road, Suite 439<br>Boston, MA 02128<br>617-752-1570 | Trade debt | | 68,912.40 |
| Stoneham Fuel<br>41A Franklin Street<br>Stoneham, MA 02180 | Stoneham Fuel<br>41A Franklin Street<br>Stoneham, MA 02180<br>781-665-8100 | Trade debt | | 67,023.54 |
| AMG Realty Trust<br>Joseph Derenzis, Trustee<br>P.O. Box 3068<br>Wakefield, MA 01880 | AMG Realty Trust<br>Joseph Derenzis, Trustee<br>P.O. Box 3068<br>Wakefield, MA 01880 | Rent 110 Pleasant St., Malden, MA | Unliquidated | 47,700.00 |
| A&M General Contracting<br>119R Foster Street<br>Peabody, MA 01960 | A&M General Contracting<br>119R Foster Street<br>Peabody, MA 01960<br>978-532-8025 | Trade debt | | 46,515.27 |
| Alexander Construction<br>Attn: Glenn Alexander<br>25 Bond Street<br>Reading, MA 01867 | Alexander Construction<br>Attn: Glenn Alexander<br>25 Bond Street<br>Reading, MA 01867 | Trade debt | | 41,643.12 |

B4 (Official Form 4) (12/07) - Cont.

In re  TRI-CITY COMMUNITY ACTION PROGRAM, INC.    Case No. 15-11569
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Atlantic Weatherization<br>61R Jefferson Avenue<br>Salem, MA 01970 | Atlantic Weatherization<br>61R Jefferson Avenue<br>Salem, MA 01970<br>978-744-8143 | Trade debt | | 33,173.51 |
| U.S. Fuel<br>376 Washington Street<br>Malden, MA 02148 | U.S. Fuel<br>376 Washington Street<br>Malden, MA 02148<br>781-322-8545 | Trade debt | | 29,912.54 |
| Boston Insulation Co.<br>122 Rustic Drive<br>South Weymouth, MA 02190 | Boston Insulation Co.<br>122 Rustic Drive<br>South Weymouth, MA 02190 | Trade debt | | 29,736.09 |
| City Fresh Foods, Inc.<br>P.O. Box 255698<br>Boston, MA 02125 | City Fresh Foods, Inc.<br>P.O. Box 255698<br>Boston, MA 02125<br>617-606-7123 | Trade debt | | 20,242.36 |
| Neighborhood Health Plan<br>253 Summer Street<br>Boston, MA 02210 | Neighborhood Health Plan<br>253 Summer Street<br>Boston, MA 02210<br>617-772-5500 | Trade debt | | 17,423.16 |
| Community Software<br>300 Main Street<br>Floor 2<br>Worcester, MA 01608 | Community Software<br>300 Main Street<br>Floor 2<br>Worcester, MA 01608<br>508-733-6410 | Trade debt | | 15,500.00 |
| Maria's Oil Co.<br>350 Broadway<br>Suite 10<br>Chelsea, MA 02150 | Maria's Oil Co.<br>350 Broadway<br>Suite 10<br>Chelsea, MA 02150<br>617-884-1450 | Trade debt | | 12,514.40 |
| Just-A-Start Corporation<br>1035 Cambridge Street<br>#12<br>Cambridge, MA 02141 | Just-A-Start Corporation<br>1035 Cambridge Street<br>#12<br>Cambridge, MA 02141<br>617-494-0444 | Trade debt | | 9,512.35 |
| City of Malden<br>Attn: Kathryn Fallon, City Solicitor<br>200 Pleasant Street<br>Malden, MA 02148 | Kathryn Fallon, City Solicitor<br>City of Malden<br>200 Pleasant Street<br>Malden, MA 02148<br>781-397-7106 | Trade debt | | 7,882.26 |
| Asbestos Free, Inc.<br>42 Broadway<br>Wakefield, MA 01880 | Asbestos Free, Inc.<br>42 Broadway<br>Wakefield, MA 01880<br>781-245-4403 | Trade debt | | 7,850.00 |
| First Energy Heating & Cooling<br>942 Main Street<br>Melrose, MA 02176 | First Energy Heating & Cooling<br>942 Main Street<br>Melrose, MA 02176<br>781-662-4600 | Trade debt | | 7,834.00 |

B4 (Official Form 4) (12/07) - Cont.

| In re | TRI-CITY COMMUNITY ACTION PROGRAM, INC. | Case No. | 15-11569 |
| --- | --- | --- | --- |
| | Debtor(s) | | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
| --- | --- | --- | --- | --- |
| 18 Maplewood Trust<br>160 Essex Street<br>Malden, MA 02148 | 18 Maplewood Trust<br>160 Essex Street<br>Malden, MA 02148 | Trade debt | | 7,289.88 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 22, 2015**    Signature    **/s/ Charles Harak**
**Charles Harak**
**Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**15-11569** Tri-City Community Action Program, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Joan N. Feeney
**Date filed:** 04/23/2015 **Date of last filing:** 05/29/2015

# Creditors

**18 Maplewood Trust**
160 Essex Street
Malden, MA 02148

(19500601)
(cr)

**4 Seasons Plumbing**
P.O. Box 774
Salem, MA 01970

(19500602)
(cr)

**A&M Contracting**
119R Foster Street
Peabody, MA 01960

(19500603)
(cr)

**A.M.G Realty Trust**
P.O. Box 3068
Wakefield, MA 01880

(19500604)
(cr)

**Alexander Construction**
Attn: Glenn Alexander
25 Bond Street
Reading, MA 01867

(19500605)
(cr)

**American Building Technologies**
2 Neptune Road, Suite 439
Boston, MA 02128

(19500606)
(cr)

**American E.M.S.**
P.O. Box 54
Sharon, MA 02067

(19500607)
(cr)

**AMG Realty Trust**
Joseph Derenzis, Trustee
P.O. Box 3068
Wakefield, MA 01880

(19500608)
(cr)

**AMG Realty Trust**
C/O David Hunt Nickerson
Attorney at Law
117 Worcester Street, Suite 305
Wellesley Hills, MA 02481

(19500609)
(cr)

**Annmarie Rush**
84 Mandalay Road
South Weymouth, MA 02190

(19500610)
(cr)

| | |
|---|---|
| **Arkadin Global Conferencing**<br>P.O. Box 347261<br>Pittsburgh, PA 15251 | (19500611)<br>(cr) |
| **Arlmont Fuel Corp.**<br>133 Sunnyside Ave<br>P.O. Box 133<br>Arlington, MA 02476 | (19500612)<br>(cr) |
| **Asbestos Free, Inc.**<br>42 Broadway<br>Wakefield, MA 01880 | (19500613)<br>(cr) |
| **ASG Security**<br>P.O. Box 610686<br>Charlotte, NC 28260 | (19500614)<br>(cr) |
| **AT&T Mobility**<br>P.O. Box 6463<br>Carol Stream, IL 60197 | (19500615)<br>(cr) |
| **Atlantic Weatherization**<br>61R Jefferson Avenue<br>Salem, MA 01970 | (19500616)<br>(cr) |
| **Bay State Pest Control**<br>25 Francis Avenue<br>Wakefield, MA 01880 | (19500617)<br>(cr) |
| **Boston Insulation Co.**<br>122 Rustic Drive<br>South Weymouth, MA 02190 | (19500618)<br>(cr) |
| **Brandano Plumbing & Heating**<br>65R Clinton Street<br>Malden, MA 02148 | (19500619)<br>(cr) |
| **Bread of Life**<br>54 Eastern Avenue<br>Attn: Gabriella Stelmack<br>Malden, MA 02148 | (19500620)<br>(cr) |
| **Campbell Electric**<br>231 Quincy Avenue<br>Braintree, MA 02184 | (19500621)<br>(cr) |
| **Casella Waste Services**<br>P.O. Box 1372<br>Williston, VT 05495 | (19500622)<br>(cr) |
| **City Fresh Foods, Inc.**<br>P.O. Box 255698<br>Boston, MA 02125 | (19500623)<br>(cr) |

| | | |
|---|---|---|
| **City of Everett**<br>484 Broadway<br>Everett, MA 02149 | (19500624)<br>(cr) | |
| **City of Malden**<br>200 Pleasant Street<br>Malden, MA 02148 | (19500625)<br>(cr) | |
| **Clifford Beckford**<br>4555 Marine Parkway<br>New Port Richey, FL 34652 | (19500626)<br>(cr) | |
| **Comcast**<br>P.O. Box 1755<br>Newark, NJ 07101 | (19500627)<br>(cr) | |
| **Community Econ. Developm't Assist. Corp.**<br>18 Tremont Street<br>Suite 1020<br>Boston, MA 02108 | (19500628)<br>(cr) | |
| **Community Software**<br>300 Main Street<br>Floor 2<br>Worcester, MA 01608 | (19500629)<br>(cr) | |
| **Constant Contact**<br>1601 Trapelo Road Suite 329<br>Babson Park, MA 02457 | (19500630)<br>(cr) | |
| **Cubby Oil Company**<br>20 Medford Street<br>Somerville, MA 02143 | (19500631)<br>(cr) | |
| **Dell's Appliance Sales & Services**<br>174A Highland Avenue<br>Somerville, MA 02143 | (19500632)<br>(cr) | |
| **Eagle Bank**<br>466 Broadway<br>Everett, MA 02149 | (19500633)<br>(cr) | |
| **Everett Housing Authority**<br>393 Ferry Street<br>Everett, MA 02149 | (19500634)<br>(cr) | |
| **First Energy Heating & Cooling**<br>P.O. Box 761036<br>Melrose, MA 02176 | (19500635)<br>(cr) | |
| **Glenn D. Kruse, Electrician**<br>37 First Street<br>Melrose, MA 02176 | (19500636)<br>(cr) | |

| | |
|---|---|
| **Heading Home Inc.**<br>529 Main Street<br>Suite 100<br>Charlestown, MA 02129 | (19500637)<br>(cr) |
| **HUD Boston**<br>Thomas P. O'Neill, Jr. Federal Bldg.<br>10 Causeway Street, 3rd Floor<br>Attn: Miniard Clupepper/Kristine Foye<br>Boston, MA 02222 | (19500638)<br>(cr) |
| **JIM D'S & SON BURNER SERVICES**<br>P.O. Box 546<br>Revere, MA 02151 | (19500639)<br>(cr) |
| **John Lamb**<br>31 Broad Cove Road<br>Hingham, MA 02043 | (19500640)<br>(cr) |
| **Just-A-Start Corporation**<br>1035 Cambridge Street<br>#12<br>Cambridge, MA 02141 | (19500641)<br>(cr) |
| **Kaplan School Supply Corp.**<br>P.O. Box 609<br>Lewisville, NC 27023 | (19500642)<br>(cr) |
| **Kelliher & Callaghan**<br>One Centre Street<br>Malden, MA 02148 | (19500643)<br>(cr) |
| **Kelliher, Kevin**<br>121 Captain Row<br>Chelsea, MA 02150 | (19500644)<br>(cr) |
| **Kone, Inc.**<br>P.O. Box 429<br>Moline, IL 61266 | (19500645)<br>(cr) |
| **Krapf Associates**<br>5 Monument Square<br>Charlestown, MA 02129 | (19500646)<br>(cr) |
| **Kyocera Document Solutions**<br>35B Cabot Road<br>Woburn, MA 01801 | (19500647)<br>(cr) |
| **Lamson & Davis**<br>170 Comercial Street<br>Malden, MA 02148 | (19500648)<br>(cr) |

| | |
|---|---|
| Lou Miller<br>261 Newbury St., Lot 113<br>Peabody, MA 01960 | (19523257)<br>(cr) |
| MA Coalition for the Homeless<br>15 Bubier Street<br>Lynn, MA 01901 | (19500649)<br>(cr) |
| Mail Finance<br>25881 Newark Place<br>Chicago, IL 60673 | (19500650)<br>(cr) |
| Malden Evening News<br>277 Commercial Street<br>Malden, MA 02148 | (19500651)<br>(cr) |
| Malden Redevelopment Authority<br>200 Pleasant Street<br>Malden, MA 02148 | (19500652)<br>(cr) |
| Maria's Oil Co.<br>350 Broadway<br>Suite 10<br>Chelsea, MA 02150 | (19500653)<br>(cr) |
| Massachusetts Department of Housing<br>and Community Development<br>Chrystal Kornegay, Under Secretary<br>100 Cambridge Street, Suite 300<br>Boston, MA 02114 | (19500654)<br>(cr) |
| Massachusetts Department of Housing and<br>Community Development<br>Leverett L. Wing<br>100 Cambridge Street, Suite 300<br>Boston, MA 02114 | (19500655)<br>(cr) |
| Mike Sticca<br>376 Washington Street<br>#204<br>Malden, MA 02148 | (19500656)<br>(cr) |
| Milhench Inc.<br>241 Mystic Avenue<br>Medford, MA 02155 | (19500657)<br>(cr) |
| Milhench Supply Co Inc<br>121 Duchaine Boulevard<br>New Bedford, MA 02745 | (19509148)<br>(cr) |
| N.E. Spring Water<br>217 R. Main Street<br>North Reading, MA 01864 | (19500658)<br>(cr) |

**National Grid**  
Attn.: Legal Department  
40 Sylvan Road  
Waltham, MA 02451  
(19523258) (cr)

**National Grid/Elect**  
P.O. Box 11737  
Newark, NJ 07101  
(19500659) (cr)

**National Grid/Electric**  
P.O. Box 11737  
Newark, NJ 07101  
(19500660) (cr)

**National Grid/Gas**  
P.O. Box 11735  
Newark, NJ 07101  
(19500661) (cr)

**Neighborhood Health Plan**  
Department 20  
P.O. Box 4106  
Woburn, MA 01888  
(19500662) (cr)

**Neopost New England**  
3 Metals Drive  
PO Box 392  
Southington, CT 06489  
(19500663) (cr)

**Office of the Attorney General**  
One Ashburton Place, 18th Floor  
Non-Profit Org./Pub. Charities Div.  
Attn: Mary A. Beckerman  
Boston, MA 02108  
(19500665) (cr)

**Office of the Attorney General**  
One Ashburton Place, 18th Floor  
Attn: Jennifer Grace Miller  
Boston, MA 02108  
(19500664) (cr)

**Onsite Networking Services**  
31 Broad Cove Road  
Hingham, MA 02043  
(19500666) (cr)

**Safeguard Business Systems**  
P.O. Box 88043  
Chicago, IL 60680  
(19500667) (cr)

**Sid Harvey of Industries, Inc.**  
18 Green Street  
Malden, MA 02148  
(19500668) (cr)

**Simione Oil Co.**  
30 Main Street  
(19500669) (cr)

P.O. Box 21
Winthrop, MA 02152

**Stacey Murray**
58 Ellsworth Road
Peabody, MA 01960

(19500670)
(cr)

**Staples Advantage**
P.O. Box 415256
Boston, MA 02241

(19500671)
(cr)

**Star Oil Service**
196 Connat Street
Revere, MA 02151

(19500672)
(cr)

**Stoneham Fuel**
41A Franklin Street
Stoneham, MA 02180

(19500673)
(cr)

**Stoneman Chandler & Miller LLP**
99 High Street
Boston, MA 02110

(19500674)
(cr)

**Terminix**
84 Cummings Park
Woburn, MA 01801

(19500675)
(cr)

**The Home for Little Wanderers**
10 Guest Street
Hyde Park, MA 02136

(19500676)
(cr)

**Toshiba Financial Services**
P.O. Box 709448
Saint Louis, MO 63179

(19500677)
(cr)

**U.S. Department of Health and Human Services**
200 Independent Avenue, SW
Attn: William B. Schultz, Esq.
Washington, DC 20201

(19500678)
(cr)

**U.S. Department of Health and Human Serv**
Office of Head Start
370 L'Enfant Promenade SW
Attn: Ann Linehan, Acting Director
Washington, DC 20447

(19500679)
(cr)

**U.S. Department of Health and Human Serv**
JFK Building, Room 220
Government Center
Attn: Nancy S. Nemon, Esq.
Boston, MA 02203

(19500680)
(cr)

| | |
|---|---|
| **U.S. Fuel**<br>376 Washington Street<br>Malden, MA 02148 | (19500681)<br>(cr) |
| **Uline** | (19500682)<br>(cr) |
| **Verizon**<br>P.O. Box 1100<br>Albany, NY 12250 | (19500683)<br>(cr) |
| **Vocell Bus Company**<br>378 Commercial Row<br>MA 01248 | (19500684)<br>(cr) |
| **Woodland Stables**<br>121 Captains Row<br>Chelsea, MA 02150 | (19500685)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/03/2015 14:29:06 | | | |
| PACER Login: | us7010:2656330:4299065 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 15-11569<br>Creditor Type: All |
| Billable Pages: | 3 | Cost: | 0.30 |