In re   Tri-City Community Action Program, Inc.   Case No.   15-11569

Reporting Period   Jul-15

## MONTHLY OPERATING REPORT

Complete and submit to the United States Trustee within 15 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Monthly Reporting Questionnaire | MOR-1 | X | |
| Schedule of Cash Receipts and Disbursements | MOR-2 | X | |
| Copies of Debtor's Bank Reconciliations | | X | |
| Copies of Debtor's Bank Statements | | X | |
| Copies of Cash Disbursements Journals | | N/A | |
| Statement of Operations | MOR-3 | X | |
| Balance Sheet | MOR-4 | X | |
| Schedule of Post-Petition Liabilities | MOR-5 | X | |
| Copies of IRS Form 6123 or payment receipt | | | X |
| Copies of tax returns filed during reporting period | | N/A | |
| Detailed listing of aged accounts payables | | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR-6 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments
are true and correct to the best of my knowledge and belief.

/s/ Loretta Kemp

Signature of Authorized Individual*
Loretta Kemp
Printed Name of Authorized Individual

15-Aug-15

Date
Acting Executive Director
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation;
a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

COVER PAGE
9/04

Tri-City Community Action Program, Inc.

Debtor

Case No.   15-11569
Reporting
Period        Jul-15

## MONTHLY REPORTING QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor-in-possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 4. Have any payments been made to professionals? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 5. If the answer to question 3 and/or 4 is yes, were all such payments approved by the Court? | | |
| 6. Have any payments been made to officers, insiders, shareholders, or relatives? If yes, attach listing including date of payment, amount and reason for payment, and name of payee. | X   see payroll report | |
| 7. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 8. Is the estate current on the payment of post-petition taxes? | X | |
| 9. Is the estate insured for the replacement cost of assets and for general liability? If no, provide an explanation below. | X | |
| 10. Is workers' compensation insurance in effect? | X | |
| 11. Have all current insurance payments been made? Attach copies of all new and renewed insurance policies. | X | |
| 12. Are a plan and disclosure statement on file? | | N |
| 13. Was there any post-petition borrowing during this reporting period? | | N |

_____
_____
_____
_____
_____

MOR-1
9/04

Tri-City Community Action Program, Inc.
Debtor

Case No.    15-11569
Reporting Period    Jun-15

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the
ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition
was filed. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed
in the disbursements journal must equal the total disbursements reported on this page.
A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operational | Payroll | Tax | Other | Total |
| CASH BEGINNING OF MONTH | 58514.49 | N/A | N/A | 45000.00 | 103514.49 |
| RECEIPTS | | N/A | N/A | N/A | 0.00 |
| CASH SALES | 0.00 | N/A | N/A | N/A | 0.00 |
| ACCOUNTS RECEIVABLE | 0.00 | N/A | N/A | N/A | 0.00 |
| LOANS AND ADVANCES | 0.00 | N/A | N/A | N/A | 0.00 |
| SALE OF ASSETS | 0.00 | N/A | N/A | N/A | 0.00 |
| OTHER (ATTACH LIST) | 5983.51 | N/A | N/A | N/A | 5983.51 |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | N/A | N/A | N/A | 0.00 |
| **TOTAL RECEIPTS** | 5983.51 | N/A | N/A | N/A | 5983.51 |
| DISBURSEMENTS | | N/A | N/A | N/A | 0.00 |
| NET PAYROLL (gross) | 1646.17 | N/A | N/A | N/A | 1646.17 |
| PAYROLL TAXES | 385.51 | N/A | N/A | N/A | 385.51 |
| SALES, USE & OTHER TAXES | 0.00 | N/A | N/A | N/A | 0.00 |
| INVENTORY PURCHASES | 0.00 | N/A | N/A | N/A | 0.00 |
| SECURED/RENTAL/LEASES | 3308.00 | N/A | N/A | N/A | 3308.00 |
| INSURANCE | 0.00 | N/A | N/A | N/A | 0.00 |
| ADMINISTRATIVE | 0.00 | N/A | N/A | N/A | 0.00 |
| SELLING | 0.00 | N/A | N/A | N/A | 0.00 |
| OTHER (ATTACH LIST) | 3391.56 | N/A | N/A | N/A | 3391.56 |
| | | N/A | N/A | N/A | 0.00 |
| OWNER DRAW * | 0.00 | N/A | N/A | N/A | 0.00 |
| TRANSFERS (TO DIP ACCTS) | 0.00 | N/A | N/A | N/A | 0.00 |
| | | N/A | N/A | N/A | 0.00 |
| PROFESSIONAL FEES | 0.00 | N/A | N/A | N/A | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | 650.00 | N/A | N/A | N/A | 650.00 |
| COURT COSTS | 0.00 | N/A | N/A | N/A | 0.00 |
| **TOTAL DISBURSEMENTS** | 9381.24 | N/A | N/A | N/A | 9381.24 |
| NET CASH FLOW | (3397.73) | N/A | N/A | N/A | (3397.73) |
| (RECEIPTS LESS DISBURSEMENTS) | | N/A | N/A | N/A | 0.00 |
| **CASH - END OF MONTH** | 55116.76 | N/A | N/A | 45000.00 | 100116.76 |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| **TOTAL DISBURSEMENTS** | 9381.24 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 9381.24 |

OTHER: EAGLE BANK ACCOUNT BALANCE SUBJECT TO JUDICIAL ATTACHMENT.

MOR-2
9/04

Tri-City Community Action Program, Inc.
Debtor

Case No.                15-11569
Reporting Period        Jul-15

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 5983.51 | 5983.51 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| OPERATING EXPENSES | | 0.00 |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 3729.41 |
| Insider Compensation* | 1646.17 | 4101.11 |
| Insurance | 0.00 | 22242.24 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Rent and Lease Expense | 3308.00 | 11916.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 609.31 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 908.97 | 2428.63 |
| Other (attach schedule) | 2868.10 | 4305.91 |
| Total Operating Expenses Before Depreciation | 8731.24 | 49332.81 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit(Loss) Before Other Income & Expenses | (8731.24) | (49332.81) |
| OTHER INCOME AND EXPENSES | | 0.00 |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense (attach schedule) | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | (8731.24) | (49332.81) |
| REORGANIZATION ITEMS | | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees | 650.00 | 650.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | 0.00 |
| Gain(Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 0.00 |
| Total Reorganization Expenses | 0.00 | 0.00 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit(Loss) | (9381.24) | (49982.81) |

* "Insider" is defined in 11 U.S.C. Section 101(31).

MOR-3
9/04

Tri-City Community Action Program, Inc.     Case No.              15-11569
Debtor                                       Reporting Period                    Jul-15

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| Other Costs | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Other Operational Expenses | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Other Income | | |
| | 5983.51 | 9120.40 |
| | 0.00 | 0.00 |
| Other Expenses | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Other Reorganization Expenses | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

MOR-3
9/04

Tri-City Community Action Program, Inc.          Case No.                    15-11569
Debtor                                           Reporting Period            Jul-15
                                                 **BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 55116.76 | 91538.45 |
| Restricted Cash and Cash Equivalents | 45000.00 | 45000.00 |
| Accounts Receivable (Net) | 0.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 |
| Inventories | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 |
| Professional Retainers | 0.00 | 0.00 |
| Other Current Assets (attach schedule) | 0.00 | 0.00 |
| *TOTAL CURRENT ASSETS* | 100116.76 | 136538.45 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 2900000.00 | 2900000.00 |
| Machinery and Equipment | 0.00 | 0.00 |
| Furniture, Fixtures and Office Equipment | 100.00 | 100.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Vehicles | 0.00 | 0.00 |
| Less Accumulated Depreciation | 0.00 | 0.00 |
| *TOTAL PROPERTY & EQUIPMENT* | 2900100.00 | 2900100.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders | 0.00 | 0.00 |
| Other Assets (attach schedule) | 0.00 | 0.00 |
| TOTAL OTHER ASSETS | 0.00 | 0.00 |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)* | | |
| Accounts Payable | 720.00 | 0.00 |
| Taxes Payable (refer to ...) | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 |
| Notes Payable | 0.00 | 0.00 |
| Rent / Leases - Building/Equipment | 0.00 | 0.00 |
| Secured Debt / Adequate Protection Payments | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| Amounts Due to Insiders | 0.00 | 0.00 |
| Other Postpetition Liabilities (attach schedule) | 0.00 | 0.00 |
| *TOTAL POST-PETITION LIABILITIES* | 720.00 | 0.00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 2819589.27 | 2819589.27 |
| Priority Debt | 612.46 | 612.46 |
| Unsecured Debt | 1345053.29 | 1345053.29 |
| *TOTAL PRE-PETITION LIABILITIES* | 4165255.02 | 4165255.02 |
| | | |
| *TOTAL LIABILITIES* | 4165255.02 | 4165255.02 |
| **OWNER EQUITY** | | |
| Capital Stock | 0.00 | 0.00 |
| Additional Paid-In Capital | 0.00 | 0.00 |
| Partners' Capital Account | 0.00 | 0.00 |
| Owner's Equity Account | 0.00 | 0.00 |
| Retained Earnings - Pre-Petition | 0.00 | 0.00 |
| Retained Earnings - Postpetition | 0.00 | 0.00 |
| Adjustments to Owner Equity (attach schedule) | 0.00 | 0.00 |
| Post-Petition Contributions (Distributions) (Draws) | 0.00 | 0.00 |
| *Net Owner Equity* | 0.00 | 0.00 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 4165255.02 | 4165255.02 |

Insider is defined in 11 U.S.C. Section 101(31)

MOR-4
9/04

Tri-City Community Action Program, Inc.
Debtor

Case No.                    15-11569
Reporting Period
Jul-15

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| _____ | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Other Assets | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Adjustments to Owner Equity | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| _____ | 0.00 | 0.00 |
| Postpetition Contributions (Distributions) (Draws) | 0.00 | 0.00 |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

MOR-4
9/04

Tri-City Community Action Program, Inc.
Debtor

Case No. _____15-11569_____
Reporting Period _____Jun-15_____

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 and all applicable state and local forms and/or all federal, state, and local payment receipts
to verify payment of taxes.  Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Income Tax Withholding | 0 | See | Payroll | Summary | Report | 0 |
| FICA-Employee | 0 | See | Payroll | Summary | Report | 0 |
| FICA-Employer | 0 | See | Payroll | Summary | Report | 0 |
| Unemployment | 0 | See | Payroll | Summary | Report | 0 |
| Income | 0 | See | Payroll | Summary | Report | 0 |
| Other: | 0 | See | Payroll | Summary | Report | 0 |
| Total Federal Taxes | 0 | See | Payroll | Summary | Report | 0 |
| **State and Local** | | | | | | |
| Income Tax Withholding | 0 | See | Payroll | Summary | Report | 0 |
| Sales | 0 | See | Payroll | Summary | Report | 0 |
| Excise | 0 | See | Payroll | Summary | Report | 0 |
| Unemployment | 0 | See | Payroll | Summary | Report | 0 |
| Real Property | 0 | See | Payroll | Summary | Report | 0 |
| Personal Property | 0 | See | Payroll | Summary | Report | 0 |
| Other: | 0 | See | Payroll | Summary | Report | 0 |
| Total State and Local | 0 | See | Payroll | Summary | Report | 0 |
| Withholding for Employee Healthcare | 0 | See | Payroll | Summary | Report | 0 |
| Premiums, Pensions & Other Benefits | 0 | See | Payroll | Summary | Report | 0 |
| Total Taxes | 0 | 0 | 0 | weekly | EFT | 0 |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payables

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amounts Due to Insiders* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Postpetition Debts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Explain how and when the Debtor intends to pay any past-due post-petition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR-5
9/04

Tri-City Community Action Program, Inc.
Debtor

Case No.      15-11569
Reporting Period    Jul-15

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| ACCOUNTS RECEIVABLE RECONCILIATION | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 3790.00 |
| + Amounts billed during the period | 0.00 |
| - Amounts collected during the period | 0.00 |
| Total Accounts Receivable at the end of the reporting period | 3790.00 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | 3790.00 |
| Amount considered uncollectible (Bad Debt) | 3790.00 |
| Accounts Receivable (Net) | 0.00 |

MOR-6
9/04

# ⊘Eastern Bank

Customer Statement

Pg 1 of 4

AUG 2 2015

BCK-305 - Post Office Box 391, Lynn, MA 01903-0491

AUG 1 2 2015

| | |
|---|---|
| Statement Period: | Jul 01, 2015 thru Jul 31, 2015 |
| Account Number: | 00600713374 |
| Number of Items Enclosed: | 6 |

047669

թիլ||լ||Ով|կ||կ||թ||թ||ՈՈՈ|Ո|Ո||կ||կ|||Ո|||||

TRI-CITY COMMUNITY ACTION PROGRAM INC
DEBTOR-IN-POSSESSION CASE #15-11569
110 PLEASANT ST
MALDEN MA 02148

## Summary - All Accounts

| Type | Account # | Ending Balance |
|---|---|---|
| FREE BUSINESS CKG | 00600713374 | $55,116.76 |
| **TOTAL BALANCE** | | **$55,116.76** |
| Total Balance | | **$55,116.76** |

## FREE BUSINESS CHECKING - 00600713374

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | STARTING BALANCE | | | $58,514.49 |
| Jul 01 | Electronic Payment 8196 TRI-CITY CO Billing 150701 8196 | 70.85 | | |
| Jul 01 | Electronic Payment 8196 TRI-CITY CO TAX COL 150701 | 75.13 | | |
| Jul 01 | Electronic Payment 8196 TRI-CITY CO DirDep 150701 8196 | 320.68 | | |
| Jul 06 | Deposit | | 5,983.51 | |
| Jul 09 | Electronic Check VERIZON FINANCIA PAYMENTS 150709 0110 | 806.35 | | |
| Jul 09 | Electronic Payment 8196 TRI-CITY CO Billing 150709 8196 | 20.85 | | |
| Jul 09 | Electronic Payment 8196 TRI-CITY CO TAX COL 150709 | 83.55 | | |
| Jul 09 | Electronic Payment 8196 TRI-CITY CO DirDep 150709 8196 | 357.39 | | |
| Jul 14 | Electronic Check VERIZON FINANCIA PAYMENTS 150714 0112 | 102.62 | | |
| Jul 16 | Electronic Payment 8196 TRI-CITY CO Billing 150716 8196 | 20.85 | | |
| Jul 16 | Electronic Payment 8196 TRI-CITY CO TAX COL 150716 | 70.94 | | |
| Jul 16 | Electronic Payment 8196 TRI-CITY CO DirDep 150716 8196 | 302.30 | | |
| Jul 23 | Electronic Payment 8196 TRI-CITY CO Billing 150723 8196 | 20.85 | | |
| Jul 23 | Electronic Payment 8196 TRI-CITY CO TAX COL 150723 | 94.78 | | |
| Jul 23 | Electronic Payment 8196 TRI-CITY CO DirDep 150723 8196 | 406.33 | | |
| Jul 30 | Electronic Payment 8196 TRI-CITY CO Billing 150730 8196 | 20.85 | | |
| Jul 30 | Electronic Payment 8196 TRI-CITY CO TAX COL 150730 | 61.11 | | |
| Jul 30 | Electronic Payment 8196 TRI-CITY CO DirDep 150730 8196 | 259.47 | | |

Starting Balance: $58,514.49
Ending Balance: $55,116.76
Average Collected Balance: $57,442.00

Number of Days in Period: 31
Total Deposits/Credits: $5,983.51
Total Withdrawals/Debits: $9,381.24

## ⊘Eastern Bank

**Beginning September 1, 2015 all foreign ATM fees will post to your account on the date the transaction occurs. Previously, these fees were charged at the end of your statement cycle. We hope this change will make managing your account a little easier. For more information, please call us at 1-800-EASTERN (327-8376) from 7:00 a.m. – 8:00 p.m. Monday through Friday, or 9:00 a.m. – 3:00 p.m. on Saturday.**

024GZC_BK_081EAST001_M065

081EB40003 / R

INSM.I.D.S.081EAST020.762451171.875_I02/047669/060129

# ⊘ Eastern Bank

Customer Statement

| | |
|---|---|
| Statement Period: | Jul 01, 2015 thru Jul 31, 2015 |
| Account Number: | 00600713374 |
| Number of Items Enclosed: | 6 |

## STATEMENT DISCLOSURE FOR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, telephone us at 1-800-EASTERN (327-8376) or write us at: Eastern Bank, One Eastern Place, Lynn, MA 01901-1508, Attn: ETS, EP3-11, promptly if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

When you notify us, please include the following information:

- Your name and account number;
- The date and dollar amount of the suspected error;
- A description of the error or transfer you are unsure about, and a clear explanation of why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we require more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## MANAGING OVERDRAFT FEES

The easiest way to avoid overdrawing your account is to record all transactions in your checkbook register and to reconcile your register to your monthly bank statement.

Additional Resources:
http://www.fdic.gov/consumers/overdraft/overdraft-hi-rez.pdf
www.easternbank.com/UnderstandingOverdrafts

## ACCOUNT RECONCILIATION

1. Check off transactions in your checkbook.
2. Subtract from your checkbook balance any service charge or bank charge appearing on your statement.
3. List all checks/debits and electronic transactions that are still outstanding, including those written in a prior statement period.
4. Complete reconciliation form provided to the right (list deposits/credits that are not shown on statement). The final balance figure should agree with your checkbook balance.

## HINTS FOR FINDING DIFFERENCES

- ☐ Did you enter all checks, deposits and electronic transactions correctly in your checkbook?
- ☐ Are all additions and subtractions correct in your checkbook and on the reconciliation form?
- ☐ Have you subtracted all bank charges and added all transactions such as automated and electronic transfers in your checkbook?
- ☐ Are the amounts of all debits and credits entered in your checkbook the same as shown on the statement?

**Questions?**
Call us at 1-800-EASTERN (327-8376)
or write us at Eastern Bank, One Eastern Place, Lynn, MA 01901-1508

| OUTSTANDING CHECKS/DEBITS/ ELECTRONIC TRANSACTIONS | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| | | |
|---|---|---|
| A. STATEMENT ACCOUNT BALANCE | | |
| B. ADD DEPOSIT/CREDITS NOT SHOWN ON STATEMENT | | |
| | | |
| | | |
| | | |
| C. TOTAL (A & B) | | |
| D. SUBTRACT TOTAL OUTSTANDING CHECKS/ DEBITS/ELECTRONIC TRANSACTIONS | | |
| THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | |

---

## SAVINGS ACCOUNTS NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THE BANK

Member FDIC


EQUAL HOUSING LENDER

# ⟲Eastern Bank

Customer Statement

Statement Period:      Jul 01, 2015 thru Jul 31, 2015
Account Number:                       00600713374
Number of Items Enclosed:                       6

## Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 109 | 07/01 | 2,650.00 | 113* | 07/20 | 650.00 | 115 | 07/21 | 1,100.83 |
| 111 | 07/10 | 227.51 | 114 | 07/22 | 658.00 | 116 | 07/20 | 1,000.00 |

Total  6  Checks @  $6,286.34     * Indicates a skip in sequence     † Indicates a substitute check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/01 | 55,397.83 | 07/10 | 59,885.69 | 07/20 | 57,738.98 | 07/23 | 55,458.19 |
| 07/06 | 61,381.34 | 07/14 | 59,783.07 | 07/21 | 56,638.15 | 07/30 | 55,116.76 |
| 07/09 | 60,113.20 | 07/16 | 59,388.98 | 07/22 | 55,980.15 | | |

INSM.D.S.081EAST020.762451171.875_J02/047669/060130/41

**Eastern Bank**

Customer Statement

Statement Period:       Jul 01, 2015 thru Jul 31, 2015
Account Number:                          00600713374
Number of Items Enclosed:                          6



CK #109    PD 07/01/2015    $2650.00



CK #116    PD 07/20/2015    $1000.00



CK #111    PD 07/10/2015    $227.51



CK #113    PD 07/20/2015    $650.00



CK #114    PD 07/22/2015    $658.00



CK #115    PD 07/21/2015    $1100.83

ENERGY FEDERATION INCORPORATED

No. 252345

| VENDOR | INVOICE NO. | INVOICE DATE | AMOUNT PAID | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|
| 77-TRIC02 | 6292015 | 6/29/2015 | 5,967.40 | 0.00 | 5,967.40 |

No. 252345

Check: 252345      6/29/2015    TRI CITY CAP

5,967.40

PROMOTING ENERGY AND RESOURCE CONSERVATION

THIS DOCUMENT HAS A GREEN BACKGROUND

**efi**                    ✳ **Citizens Bank**          5-7017
                              Massachusetts              2110

ENERGY FEDERATION
INCORPORATED
40 WASHINGTON STREET, SUITE 2000
WESTBOROUGH, MA 01581-1088
(508) 870-2277

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 06/29/15 | 252345 | **********5,967.40* |

*FIVE THOUSAND NINE HUNDRED SIXTY-SEVEN AND 40 / 100

JUL - 1 2015

PAY      TRI CITY CAP
TO THE   ATTN: MARILYN MURPHY
ORDER    110 PLEASANT ST., 3RD FLOOR
OF       MALDEN, MA  02148

*Bradley Steele*  MP

⑈252345⑈ ⑆211070175⑆ 110781889011⑈

| Vendor No. | Vendor Name | | Check Date | Check No. | | Check No. |
|---|---|---|---|---|---|---|
| 96077 | TRI-CITY COMMUNITY ACTION | | 06/26/2015 | 80196 | | 80196 |
| Invoice Date | Invoice No. | PO Number | | Amount | | Amount |
| 06/24/2015 | 062 239 912 RE-2014- | | | 8.81 | | 8.81 |

JUL - 1 2015

| Warrant Number 127 | | TOTAL | $8.81 | | $8.81 |



**Office of City Treasurer**
Malden, Massachusetts          53-179/113

ACCOUNTS PAYABLE

| | Check Date | Check Number | 53-447/113 080196 |
|---|---|---|---|
| | 06/26/2015 | 80196 | Amount |
| | | | $8.81 |

Pay      **** Eight And 81/100 Dollars ****

To The
Order Of     TRI-CITY COMMUNITY ACTION
PROGRAM INC.

Rockland Trust                                    Treasurer

⑈080196⑈ ⑆011304478⑆ 2413000197⑈

**⍔Eastern Bank**

MEMBER FEDERAL DEPOSIT INSURANCE CORPORATION

ALL ITEMS ARE SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE AGREEMENT.
ALL DEPOSITS AND PAYMENTS ARE ACCEPTED SUBJECT TO VERIFICATION AND COLLECTION.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.




TR:107 324-32405    07/06/15   03:16 PM
XXXXXX3374 Ck Deposit      $5,983.51

Pleasant St., Malden now offers envelope
-free ATM deposits!

EBF-0105 (10/11)

| Vendor No. | Vendor Name | | Check Date | Check No. | Check No. |
|---|---|---|---|---|---|
| 96074 | TRI-CITY COMMUNITY ACTION PRO | | 06/26/2015 | 80197 | 80197 |
| Invoice Date | Invoice No. | PO Number | | Amount | Amount |
| 06/24/2015 | 048 852 205 RE-2014- | | | 7.30 | 7.30 |

Warrant Number  127                                   TOTAL        $7.30        $7.30

---

**Office of City Treasurer**
Malden, Massachusetts

ACCOUNTS PAYABLE

53-179/113                    53-447/113

080197

| Check Date | Check Number | Amount |
|---|---|---|
| 06/26/2015 | 80197 | $7.30 |

Pay    **** Seven And 30/100 Dollars ****

To The
Order Of    TRI-CITY COMMUNITY ACTION PRO        JUL - 1 2015

                                                Treasurer

Rockland Trust

⑈080197⑈ ⑆011304478⑆ 241300019 7⑈

| **Payroll Summary Report** | Tri-City Community Action Program Inc | Check Date: | 07/02/2015 | Page |
| | Company (8196) | Pay Period: | 06/21/2015 to 06/27/2015 | 1 |
| | | Process: | 2015070201 | |

## Payroll Totals

| Payroll Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Regular | 1 | | 320.68 | 320.68 | |
| | Totals | 1 | | 320.68 | 320.68 → | 320.68 |

### *No Third Party Checks*

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total Net Payroll Liability | | | 320.68 | 320.68 → | 320.68 |

### Tax Liabilities

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 04-2658101 | | Semi-Weekly | 364.13 | 364.13 | | | |
| Medicare | 04-2658101 | | Semi-Weekly | 414.13 | 414.13 | 6.00 | | |
| Medicare - Employer | 04-2658101 | | Semi-Weekly | 414.13 | 414.13 | | 6.00 | |
| OASDI | 04-2658101 | | Semi-Weekly | 414.13 | 414.13 | 25.68 | | |
| OASDI - Employer | 04-2658101 | | Semi-Weekly | 414.13 | 414.13 | | 25.68 | |
| Totals | | | | | | | | |
| | | | | | | 31.68 | 31.68 → | 63.36 |

| MA and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Massachusetts SITW | 042 268 101 | | Quarter-Monthly | 364.13 | 364.13 | 11.77 | | |
| Totals | | | | | | 11.77 | → | 11.77 |

| MASUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| MA Health Ins | 72-42206-0 | 0.003400 | Quarterly | 433.23 | 0.00 | | | |
| Massachusetts SUI | 72-42206-0 | 0.082900 | Quarterly | 433.23 | 0.00 | | | |
| MA Workforce Training | 72-42206-0 | | Quarterly | 433.23 | 0.00 | | | |
| Totals | | | | | | | → | 0.00 |

### *No Tax Adjustments*

| | | | | |
|---|---|---|---|---|
| Total Tax Liability | 43.45 | 31.68 → | | 75.13 |
| Total Payroll Liability | 395.81 → | | | 395.81 |

### *No Third Party Sick Pay*

### Billing

| Invoices | Invoice Number | Date | Gross | Discount | Tax | Adjustment | Amount | |
|---|---|---|---|---|---|---|---|---|
| | 125741 | 06/29/2015 | 70.85 | | | | 70.85 | |
| Totals | | | 70.85 | | | | 70.85 → | 70.85 |

### Transfers

| Transfers | Type | Check Date | | Source Account | Amount | |
|---|---|---|---|---|---|---|
| | Billing | 07/01/2015 | | Payroll 3374 | 70.85 | |
| | DirDep | 07/01/2015 | | Payroll 3374 | 320.68 | |
| | Tax | 07/01/2015 | | Payroll 3374 | 75.13 | |
| | Total Transfers | | | | 466.66 → | 466.66 |

### *No Tax Deposits Created*

---

Harpers Payroll Services
Phone (508) 753-2385   Fax (508) 753-3014

Run Date:  06/29/15
Run Time:  11:12 AM

**Payroll Summary Report**

Tri-City Community Action Program Inc
Company (8196)

Check Date:  07/10/2015
Pay Period:  06/28/2015  to  07/04/2015
Process:  2015071001

Page 1

## Payroll Totals

| Payroll Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Regular | 1 | | 357.39 | 357.39 | |
| | Totals | 1 | | 357.39 | 357.39 → | 357.39 |

### *No Third Party Checks*

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total Net Payroll Liability | | | 357.39 | 357.39 → | 357.39 |

## Tax Liabilities

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 04-2658101 | | Semi-Weekly | 406.05 | 406.05 | | | |
| Medicare | 04-2658101 | | Semi-Weekly | 456.05 | 456.05 | 6.62 | | |
| Medicare - Employer | 04-2658101 | | Semi-Weekly | 456.05 | 456.05 | | 6.61 | |
| OASDI | 04-2658101 | | Semi-Weekly | 456.05 | 456.05 | 28.27 | | |
| OASDI - Employer | 04-2658101 | | Semi-Weekly | 456.05 | 456.05 | | 28.28 | |
| Totals | | | | | | 34.89 | 34.89 → | 69.78 |

| MA and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Massachusetts SITW | 042 268 101 | | Quarter-Monthly | 406.05 | 406.05 | 13.77 | | |
| Totals | | | | | | 13.77 | → | 13.77 |

| MASUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| MA Health Ins | 72-42206-0 | 0.003400 | Quarterly | 475.15 | 0.00 | | | |
| Massachusetts SUI | 72-42206-0 | 0.082900 | Quarterly | 475.15 | 0.00 | | | |
| MA Workforce Training | 72-42206-0 | | Quarterly | 475.15 | 0.00 | | | |
| Totals | | | | | | | → | 0.00 |

### *No Tax Adjustments*

| | | | | | |
|---|---|---|---|---|---|
| | Total Tax Liability | | 48.66 | 34.89 → | 83.55 |
| | Total Payroll Liability | | | 440.94 → | 440.94 |

### *No Third Party Sick Pay*

## Billing

| Invoices | Invoice Number | Date | Gross | Discount | Tax | Adjustment | Amount | |
|---|---|---|---|---|---|---|---|---|
| | 126830 | 07/06/2015 | 20.85 | | | | 20.85 | |
| Totals | | | 20.85 | | | | 20.85 → | 20.85 |

## Transfers

| Transfers | Type | Check Date | Source Account | Amount | |
|---|---|---|---|---|---|
| | Billing | 07/09/2015 | Payroll 3374 | 20.85 | |
| | DirDep | 07/09/2015 | Payroll 3374 | 357.39 | |
| | Tax | 07/09/2015 | Payroll 3374 | 83.55 | |
| | Total Transfers | | | 461.79 → | 461.79 |

### *No Tax Deposits Created*

## Payroll Summary Report

Company (8196)

| | |
|---|---|
| Check Date: | 07/17/2015 |
| Pay Period: | 07/05/2015 to 07/11/2015 |
| Process: | 2015071701 |

Page 1

### Payroll Totals

| Payroll Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Regular | 1 | | 302.30 | 302.30 | |
| | Totals | 1 | | 302.30 | 302.30 → | 302.30 |

### No Third Party Checks

| | | | Total Net Payroll Liability | 302.30 | 302.30 → | 302.30 |
|---|---|---|---|---|---|---|

### Tax Liabilities

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 04-2658101 | | Semi-Weekly | 343.16 | 343.16 | | | |
| Medicare | 04-2658101 | | Semi-Weekly | 393.16 | 393.16 | 5.70 | | |
| Medicare - Employer | 04-2658101 | | Semi-Weekly | 393.16 | 393.16 | | 5.70 | |
| OASDI | 04-2658101 | | Semi-Weekly | 393.16 | 393.16 | 24.38 | | |
| OASDI - Employer | 04-2658101 | | Semi-Weekly | 393.16 | 393.16 | | 24.38 | |
| Totals | | | | | | 30.08 | 30.08 → | 60.16 |

| MA and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Massachusetts SITW | 042 268 101 | | Quarter-Monthly | 343.16 | 343.16 | 10.78 | | |
| Totals | | | | | | 10.78 | → | 10.78 |

| MASUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| MA Health Ins | 72-42206-0 | 0.003400 | Quarterly | 412.26 | 0.00 | | | |
| Massachusetts SUI | 72-42206-0 | 0.082900 | Quarterly | 412.26 | 0.00 | | | |
| MA Workforce Training | 72-42206-0 | | Quarterly | 412.26 | 0.00 | | | |
| Totals | | | | | | | → | 0.00 |

### No Tax Adjustments

| | | | Total Tax Liability | 40.86 | 30.08 → | 70.94 |
|---|---|---|---|---|---|---|
| | | | Total Payroll Liability | | 373.24 → | 373.24 |

### No Third Party Sick Pay

### Billing

| Invoices | Invoice Number | Date | Gross | Discount | Tax | Adjustment | Amount | |
|---|---|---|---|---|---|---|---|---|
| | 127973 | 07/13/2015 | 20.85 | | | | 20.85 | |
| Totals | | | 20.85 | | | | 20.85 → | 20.85 |

### Transfers

| Transfers | | | | Type | Check Date | Source Account | Amount | |
|---|---|---|---|---|---|---|---|---|
| | | | | Billing | 07/16/2015 | Payroll 3374 | 20.85 | |
| | | | | DirDep | 07/16/2015 | Payroll 3374 | 302.30 | |
| | | | | Tax | 07/16/2015 | Payroll 3374 | 70.94 | |
| | | | | Total Transfers | | | 394.09 → | 394.09 |

### No Tax Deposits Created

**Payroll Summary Report**

Tri-Valley Community Action Program Inc
Company (8196)

Check Date: 07/24/2015
Pay Period: 07/12/2015 to 07/18/2015
Process: 2015072401
Page 1

## Payroll Totals

| Payroll Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Regular | 1 | | 406.33 | 406.33 | |
| | Totals | 1 | | 406.33 | 406.33 → | 406.33 |

### No Third Party Checks

| | Total Net Payroll Liability | | | 406.33 | 406.33 → | 406.33 |
|---|---|---|---|---|---|---|

## Tax Liabilities

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 04-2658101 | | Semi-Weekly | 461.95 | 461.95 | | | |
| Medicare | 04-2658101 | | Semi-Weekly | 511.95 | 511.95 | 7.42 | | |
| Medicare - Employer | 04-2658101 | | Semi-Weekly | 511.95 | 511.95 | | 7.42 | |
| OASDI | 04-2658101 | | Semi-Weekly | 511.95 | 511.95 | 31.74 | | |
| OASDI - Employer | 04-2658101 | | Semi-Weekly | 511.95 | 511.95 | | 31.74 | |
| Totals | | | | | | 39.16 | 39.16 → | 78.32 |

| MA and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Massachusetts SITW | 042 268 101 | | Quarter-Monthly | 461.95 | 461.95 | 16.46 | | |
| Totals | | | | | | 16.46 | → | 16.46 |

| MASUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| MA Health Ins | 72-42206-0 | 0.003400 | Quarterly | 531.05 | 0.00 | | | |
| Massachusetts SUI | 72-42206-0 | 0.082900 | Quarterly | 531.05 | 0.00 | | | |
| MA Workforce Training | 72-42206-0 | | Quarterly | 531.05 | 0.00 | | | |
| Totals | | | | | | | → | 0.00 |

### No Tax Adjustments

| | | Total Tax Liability | 55.62 | 39.16 → | 94.78 |
|---|---|---|---|---|---|
| | | Total Payroll Liability | 501.11 → | | 501.11 |

### No Third Party Sick Pay

## Billing

| Invoices | Invoice Number | Date | Gross | Discount | Tax | Adjustment | Amount | |
|---|---|---|---|---|---|---|---|---|
| | 129034 | 07/20/2015 | 20.85 | | | | 20.85 | |
| Totals | | | 20.85 | | | | 20.85 → | 20.85 |

## Transfers

| Transfers | | Type | Check Date | Source Account | Amount | |
|---|---|---|---|---|---|---|
| | | Billing | 07/23/2015 | Payroll 3374 | 20.85 | |
| | | DirDep | 07/23/2015 | Payroll 3374 | 406.33 | |
| | | Tax | 07/23/2015 | Payroll 3374 | 94.78 | |
| | | Total Transfers | | | 521.96 → | 521.96 |

### No Tax Deposits Created

Harpers Payroll Services
Phone (508) 753-2385   Fax (508) 753-3014

Run Date: 07/20/15
Run Time: 10:30 AM