UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| TRI-CITY COMMUNITY | ) | CASE NO. 15-11569-JNF |
| ACTION PROGRAM, INC. | ) | |
| | ) | |
| DEBTOR | ) | |

## OFFICIAL COMMITTEE OF UNSECRED CREDITORS' STATEMENT IN SUPPORT OF SETTLEMENT AGREEMENT BETWEEN DEBTOR AND 54 EASTERN AVE MALDEN LLC

The Official Committee of Unsecured Creditors ("Committee") of Tri-City Community Action Program, Inc. ("Tri-CAP" or "Debtor") supports the settlement of the disputes between the Debtor, 54 Eastern Ave. Malden LLC, and Bread of Life as they pertain to the Debtor's interest in 54 Eastern Ave. Malden LLC on the terms proposed in the Term Sheet attached as Exhibit A to the Debtor's Motion to Approve Settlement Agreement Regarding 54 Eastern Ave Malden LLC.

Respectfully submitted,
**The Official Committee of Unsecured Creditors of Tri-City Community Action Program, Inc.**
By its attorney,

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Shepard LLC
875 Massachusetts Ave., Ste. 31
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonshepard.com

DATED:  August 31, 2015

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| TRI-CITY COMMUNITY ) | CASE NO. 15-11569-JNF |
| ACTION PROGRAM, INC ) | |
| ) | |
| DEBTOR ) | |
| ) | |

### CERTIFICATE OF SERVICE

I, Kate E. Nicholson, certify that I have sent a copy of the **Official Committee of Unsecured Creditors' Statement in Support of Settlement Agreement Between Debtor and 54 Eastern Ave Malden LLC** via first-class mail, postage prepaid, to the parties on the attached list who do not receive electronic notice via ECF.

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Shepard LLC
875 Massachusetts Ave., Ste. 31
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonshepard.com

DATED:     August 31, 2015

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Paula R.C. Bachtell**     paula.bachtell@usdoj.gov
- **Gayle P. Ehrlich**     gehrlich@pierceatwood.com, mnatola@pierceatwood.com
- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **John Foley**     jfoley@foley-legal.com
- **Kevin J. Kiely**     Kevin@Oldharborlaw.com
- **Michael Malamut**     michael.malamut@state.ma.us
- **Brendan T. Mockler**     brendan.mockler@usdoj.gov, nicole.dapcic@usdoj.gov
- **John T. Morrier**     morrier@casneredwards.com
- **Kate E. Nicholson**     knicholson@nicholsonshepard.com
- **Daniel Occena**     doccena@occenalaw.com
- **Mark W. Powers**     mpowers@bowditch.com, mbailey@bowditch.com;jhalper@bowditch.com
- **Jordan L. Shapiro**     JSLAWMA@aol.com

**Manual Notice List**

David H Nickerson
177 Worcester Road
Ste. 305
Wellesley, MA 02481

Ronald Pierre-Louis
11 Fairmount Avenue, Suite 105
Hyde Park, MA 02136