UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRI-CITY COMMUNITY ACTION | ) | Chapter 11 |
| PROGRAM, INC. | ) | Case No. 15-11569-JNF |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S ASSENT TO
THE EXPEDITED MOTION FOR ENTRY OF AN ORDER AUTHORIZING
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (A) TO ASSERT
AND PROSECUTE INSIDER CLAIMS AND CAUSES OF ACTION IN THE
NAME OF AND ON BEHALF OF THE DEBTOR'S ESTATE, AND (B) TO
COMPROMISE ANY SUCH CLAIMS AND CAUSES OF ACTION**

Tri-City Community Action Program, Inc. (the "Debtor"), debtor in possession in

this Chapter 11 case, hereby assents to the relief requested in the above-referenced

motion of the Official Committee of Unsecured Creditors (doc. 135).

Dated: April 3, 2017              TRI-CITY COMMUNITY
                                   ACTION PROGRAM, INC.

                                  By its attorneys,

                                  /s/ John T. Morrier
                                  John T. Morrier (BBO #628624)
                                  A. Davis Whitesell  (BBO #551462)
                                  CASNER & EDWARDS, LLP
                                  303 Congress Street
                                  Boston, MA 02210
                                  (617) 426-5900
                                  morrier@casneredwards.com

## <u>CERTIFICATE OF SERVICE</u>

I, John T. Morrier, hereby certify that on April 3, 2017, I caused a copy of the foregoing **Debtor's Assent** to be served by email through the Court's ECF system to all entities that are registered users thereof in this Chapter 11 case.


Dated:   April 3, 2017                    /s/ John T. Morrier
                                          John T. Morrier (BBO#628624)
                                          Casner & Edwards, LLP
                                          303 Congress Street
                                          Boston, MA  02210
                                          617-426-5900
                                          morrier@casneredwards.com