# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

| | | |
|---|---|---|
| In Re: Tri-City Community Action Program, Inc. | Case Number: 15-11569 | Ch: 11 |

**MOVANT/APPLICANT/PARTIES:**

#135 Expedited Motion of Creditor Committee Official Committee Of Unsecured Creditors For Entry of an Order Authorizing (A) to Assert and Prosecute Insider Claims and Causes of Action in the Name of and on Behalf of the Estate and (B) to Compromise Such Claims and Causes of Action (Kate Nicholson)
#136 Assent of Debtor (John Morrier)
(Objections due by 4/11/2017 at 12:00 p.m.)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#135 __DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


Hearing held. For the reasons stated on the record, the motion is granted.


IT IS SO NOTED:                              IT IS SO ORDERED;

                                             */s/ Joan N. Feeney*    Dated: 04/12/2017
_____               _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge