UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re:  ) |  |
| ) |  |
| TRI-CITY COMMUNITY ACTION  ) | Chapter 11 |
| PROGRAM, INC.  ) | Case No. 15-11569-JNF |
| ) |  |
| Debtor.  ) |  |

**NOTICE OF (A) ENTRY OF PLAN CONFIRMATION ORDER,
(B) EFFECTIVE DATE OF PLAN, AND (C) DEADLINES
FOR FILING CONTRACT REJECTION CLAIMS**

**PLEASE TAKE NOTICE THAT**:

    1.    *Confirmation of Plan*. By order dated July 13, 2017 [Docket No. 178] (the "Plan Confirmation Order"), the United States Bankruptcy Court for the District of Massachusetts (the "Court") confirmed the Debtor's Liquidating Plan dated April 14, 2017 (the "Plan"). The Plan Confirmation Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court, J.W. McCormack Post Office & Court House, 5 Post Office Square, 10th Floor, Boston, MA 02109, and copies of the Plan Confirmation Order may be obtained upon request to undersigned counsel to the Debtor. Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

    2.    *Effective Date; Distributions*. The effective date of the Plan (the "Effective Date") occurred on December 28, 2017. As a result of the Effective Date, creditors holding Claims against the Debtor's estate are entitled to receive distributions in accordance with the terms of the Plan to the extent that their Claims are Allowed.

    3.    *Contract/Lease Claims*. All of the Debtor's executory contracts and unexpired leases not previously assumed by the Debtor are rejected as of the Effective Date pursuant to the Plan. Any entity asserting a claim against the Debtor's estate arising from such rejection must file a proof of such claim with the Clerk of the Bankruptcy Court, J.W. McCormack Post Office & Court House, 5 Post Office Square, 10th Floor, Boston, MA 02109, and serve a copy upon the undersigned counsel to the Debtor and on the Creditor Trustee, Kate Nicholson, Nicholson Herrick LLP, 21 Bishop Allen Dr., Cambridge, MA 02139, so as to be received on or before January 29, 2018 (the business day following the 30th day after the Effective Date), or be forever barred as a claim against any of the Debtor or its bankruptcy estate.

Dated: January 3, 2018	TRI-CITY COMMUNITY
ACTION PROGRAM, INC.

By its attorneys,

/s/ John T. Morrier
John T. Morrier
A. Davis Whitesell
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Tel:    (617) 426-5900
Fax: (617) 426-8810
morrier@casneredwards.com
Whitesell@casneredwards.com