**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

TRI-CITY COMMUNITY ACTION PROGRAM, INC.

Debtor

Chapter 11

Case No. 15-11569-JNF

**FINAL APPLICATION FOR FEE OF ACCOUNTANT FOR THE DEBTOR**

Ronald Pierre-Louis, CPA, LLC, duly employed Accountant for the above referenced Debtor ("Applicant"), submits this Application for Fee pursuant to Bankruptcy Rule 2016 and MBLR 2016-1.

1. On May 29, 2015, the Court approved my employment as Accountant for the Debtor. A copy of this order of employment is attached hereto as **Exhibit A.**

2. As Accountant for the Debtor, the Applicant performed valuable accounting services requested by the Debtor, focused on support for the routine audit of the Debtor's financials.

3. Pursuant to the terms of employment as Accountant for the Debtor, the Applicant performed services set forth herein at $150 per hour. The time expended in performing the above activities was **40.5 hours** for a total fee requested of **$6,075.00.** Such time and services were necessary in order for the Debtor to discharge its duties as a Massachusetts nonprofit corporation and as a debtor in possession. A detailed itemization of the accounting services is attached as **Exhibit B**.

4. No agreement, nor understanding, exists between the Applicant and any other

person for the sharing of compensation which may be received pursuant to this application, except for those previously specified in the Debtor's application to employ. No agreement, nor understanding, has been or will be entered into for the purpose of fixing the fees or other compensation to be paid to any other attorney or professional person employed by another party in interest herein, to any other party, or to any person for services rendered in connection therewith, from the assets of this estate contrary to the provisions of the Bankruptcy Code.

5. Applicant submits that the compensation requested herein is reasonable compensation for the actual, necessary services rendered by the Applicant, based upon the time, nature, extent, probable outcome, difficulty and value of the services rendered in this case.

**WHEREFORE**, Applicant respectfully requests that the Court allow compensation in the amount of **$6,075.00** for the valuable legal services rendered, and that this Court grant such other or further relief as is just and proper.

This application is made under penalty of perjury that the foregoing is true and correct.

Ronald Pierre-Louis, CPA
11 Fairmount Avenue, Suite 105
Hyde Park, MA 02136
617-274-8475
Email: rpierre-louis@rpl-cpa.com

Dated: May 7, 2018

# Exhibit A



05/29/2015 Application granted.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| TRI-CITY COMMUNITY ACTION ) | Chapter 11 |
| PROGRAM, INC. ) | Case No. 15-11569-JNF |
| ) | |
| Debtor. ) | |
| ) | |

**DEBTOR'S APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF RONALD PIERRE-LOUIS, CPA, LLC AS
ACCOUNTANT FOR THE DEBTOR**

Tri-City Community Action Program, Inc. (the "Debtor") hereby moves this Court for entry of an order pursuant to Section 327(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a) and 2016(b), authorizing the Debtor to retain and employ Ronald Pierre-Louis, CPA, LLC (the "Firm") as accountant for the Debtor in the above-captioned case effective as of April 23, 2015(the "Petition Date"). The facts and circumstances supporting this Application are as set forth herein and in the Declaration of Ronald Pierre-Louis. (the "Declaration"), which is annexed hereto as <u>Exhibit A</u>. In support of this Application, the Debtor respectfully represents:

**Background**

1. On April 23, 2015 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

# Exhibit B

**RPL-CPA**
11 Fairmount Avenue, Suite 105
Hyde Park, MA  02136 US
617-274-8475
rpierre-louis@rpl-cpa.com



# Invoice

| BILL TO |
|---|
| Loretta Kemp |
| Tri-City Community Action Programs, Inc. |
| Philip Bronder-Giroux |
| 110 Pleasant Street |
| Malden, MA  02148 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 401 | 09/30/2015 | $6,075.00 | 10/01/2015 | Due on receipt | |

| DATE | ACTIVITY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/06/2015 | Audit support for forensic audit performed by Clifton Larson Allen LLP. | 7.50 | 150.00 | 1,125.00 |
| 05/06/2015 | Conference call with executive committee to discuss open items for external audit and bankruptcy schedule | 1 | 150.00 | 150.00 |
| 05/06/2015 | Preparation of #19 of financial affairs document | 1.50 | 150.00 | 225.00 |
| 05/11/2015 | Preparation of 2014 IRS Form 990 questionaire from external auditor Jim George | 6.50 | 150.00 | 975.00 |
| 06/12/2015 | Audit support for Worker's Comp audit | 6 | 150.00 | 900.00 |
| 06/26/2015 | Preparation of the Medford CDBG invoice | 3.50 | 150.00 | 525.00 |
| 07/15/2015 | Audit support for external audit, address items remaining on open items list and submitting documents needed to complete the MA Form PC | 6.50 | 150.00 | 975.00 |
| 08/31/2015 | Audit support for Forensic Audit, pulling archive files from storage facility | 8 | 150.00 | 1,200.00 |

BALANCE DUE $6,075.00

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TRI-CITY COMMUNITY ACTION PROGRAM, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 15-11569-JNF |

**DECLARATION RE: ELECTRONIC FILING**

    I, Ronald Pierre-Louis, hereby declare under penalty of perjury that all of the information contained in my *APPLICATION FOR FEE OF ACCOUNTANT FOR THE DEBTOR* (the "Document"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: May __7__, 2018

_____
Ronald Pierre-Louis