UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re | ) |
| | ) |
| TRI-CITY COMMUNITY ACTION | )   Chapter 11 |
| PROGRAM, INC., | )   Case No. 15-11569-JNF |
| | ) |
| Debtor. | ) |

## APPLICATION OF JAGER SMITH P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), Jager Smith P.C. ("Jager Smith") files this *Application of Jager Smith P.C. For the Allowance and Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors* (the "Application"). By this Application Jager Smith requests that the Court enter an order approving the attorneys' fees in the amount of $25,000.00 and actual and necessary expenses of $2,902.87, for a total of $27,902.87 that Jager Smith incurred during the period from February 17, 2016 through October 31, 2016, inclusive, as special counsel to the Official Committee of Unsecured Creditors (the "Committee") of debtor and debtor-in-possession Tri-City Community Action Program, Inc. (the "Debtor"), and authorizing payment of the same.

In support of this Application, Jager Smith states as follows:

### *Procedural History*

1.     On April 23, 2015 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.     Since the Petition Date the Debtor has continued in the possession of its assets and in the management of its business as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

3.     On June 5, 2015 the Office of the United States Trustee appointed the Committee.

4.     On February 22, 2016 the Committee applied to this Court for the approval of the employment of Jager Smith as its special counsel in this case pursuant to Bankruptcy Code § 327(e), effective as of February 17, 2016.  The Committee engaged Jager Smith as its special counsel to investigate the existence of, and to advise the Committee on the merits and potential benefit of, claims and causes of action that may exist against one or more of the Debtor's current and/or former directors and officers.

5.     The application for employment included the professional statement pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Massachusetts.   Jager Smith received no retainer in connection with this case.

6.     On March 2, 2016 this Court entered an order authorizing the Committee's employment of Jager Smith as his special counsel, a copy of which is annexed hereto as **Exhibit A.**

7.      Jager Smith has made no prior application for approval of compensation and the reimbursement of expenses in the Debtor's case.

### *The Application*

8.      Jager Smith makes this Application pursuant to Bankruptcy Code § 330, Bankruptcy Rule 2016, and MLBR 2016-1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b).  This matter is a core proceeding under 28 U.S.C. § 157(b).

9.      In accordance with Local Rule 2016-1(a)(1), submitted herewith as **Exhibit B**, is a description of the professional background of each lawyer and paraprofessional who participated in Jager Smith's representation of the Committee.

10.      Jager Smith seeks final approval of fees in the amount of $25,000[1] and expenses in the amount of $2,902.87 for a total of $27,902.87 for the period from February 17, 2016 through October 31, 2016, inclusive.

11.      All legal services performed by Jager Smith as covered by this Application were performed for and on behalf of the Committee and not on behalf of any creditor or any other person or entity.

12.      Submitted herewith as **Exhibit C** is a summary chart of hours worked and fees charged for each lawyer and paraprofessional with respect to whose services compensation is sought by this Application, and of expenses incurred, which was prepared in accordance with Local Rule 2016-1(a)(2).

13.      Submitted herewith as **Exhibit D** is a day-to-day description of services rendered by Jager Smith during the Fee Period, including (i) a narrative description of services rendered in accordance with Local Rule 2016-1(d); (ii) a summary chart conforming to the requirements of

---

[1] Pursuant to its engagement by the Committee, Jager Smith agreed to cap its fees for the Investigation at $25,000, plus reimbursement for its reasonable and necessary out of pocket expenses.

Local Rule 2016-1(a)(2); and (iii) a detailed, daily description of services by each attorney and paraprofessional with respect to whom compensation is sought, compiled from time records maintained by Jager Smith in the ordinary course of its business.

14.     The Debtor's estate is the source of the compensation promised to Jager Smith. No agreement or understanding exists for the sharing of compensation other than with members or associates of Jager Smith.

**WHERERFORE** Jager Smith requests that the Court enter an order in the proposed form of order annexed hereto as **Exhibit E**: (a) approving its fees on a final basis in the amount of $25,000.00 and expenses in the amount of $2,902.87, for a total of $27,902.87, for the Fee Period; (b) authorizing and directing payment to Jager Smith of the foregoing amounts; and (c) granting to Jager Smith such other and further relief as the Court deems just and proper.

JAGER SMITH P.C.

/s/ Michael J. Fencer

_____
Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: mfencer@jagersmith.com

Dated:   July 2, 2018

# Exhibit A

03/02/2016 Application granted.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

In re )
)
TRI-CITY COMMUNITY ACTION )        Chapter 11
PROGRAM, INC., )                   Case No. 15-11569-JNF
)
Debtor. )
)

## APPLICATION OF OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS FOR ORDER AUTHORIZING
## EMPLOYMENT OF JAGER SMITH P.C. AS SPECIAL COUNSEL

The Official Committee of Unsecured Creditors (the "Committee") of Tri-City
Community Action Program, Inc. (the "Debtor"), hereby makes application pursuant to 11
U.S.C. § 1103(a), Fed. R. Bankr. P. Rule 2014, and Local Rule 2014-1 for an order authorizing
and approving the Committee's retention of Jager Smith P.C. (the "Firm") as its special counsel
in the Debtor's case, effective as of February 17, 2016.

In support of this application, the Committee states as follows:

1.    On April 23, 2015 (the "Petition Date") the Debtor filed a voluntary petition for
relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.    Since the Petition Date the Debtor has continued in the possession of its assets and in
the management of its business as a debtor-in-possession pursuant to Bankruptcy Code
§§ 1107(a) and 1108.

3.    On June 5, 2015 the Office of the United States Trustee appointed the Committee.

4.    Since the Petition Date, the Committee has come to believe that certain claims and
causes of action do or may exist against one or more of the Debtor's current and/or former
directors and officers that may be prosecuted to recover damages for the benefit of the Debtor's

Tri-Cap - Application to Employ Jager Smith as special counsel to the Co...

# Exhibit B

## *Professionals*

**Michael J. Fencer**, born Concord, Massachusetts, 1962. Education: Suffolk University College of Arts and Sciences (B.S. *magna cum laude*, 1997); Suffolk University School of Law (J.D. *cum laude*, 2000). Vice President, Moot Court Honor Board, 1999-2000; Suffolk Jurisprudence Awards, Environmental Law, Secured Transactions. Admitted to Practice: 2001, Massachusetts, United States District Court, District of Massachusetts, and United States Court of Appeals for the First Circuit. Law Clerk to the Hon. Joel B. Rosenthal (ret.), United States Bankruptcy Court, District of Massachusetts, 2000-2001. Member: Massachusetts Bar Association, Boston Bar Association, American Bankruptcy Institute. Practice Areas: Bankruptcy, Commercial Litigation, and Construction Law.

**Howard P. Blatchford, Jr.**, born Gloucester, Massachusetts, 1955. Education: Tufts University (A.B., 1977); Hofstra University (J.D., 1980); Boston University (LL.M., 1997). Admitted to practice: 1981, Massachusetts, United States District Court, District of Massachusetts and United States Court of Appeals, First Circuit; 1984, United States Supreme Court, United States District Court, Southern District of Texas and United States Court of Appeals, Fifth Circuit; 1987, United States Tax Court; 1998, United States Court of Appeals, Fourth Circuit. Member, Board of Editors, Boston Bar Journal, 1989-1993. Adjunct Professor, Northeastern University School of Law, 2001-2003. Member, Zoning Board of Appeals, Gloucester, Massachusetts, 1991-1994. Member: American Bar Association (Litigation and Business Law Sections; Council of Appellate Lawyers), Boston Bar Association, Essex County Bar Association. Practice areas: Commercial Litigation; Appellate Practice.

**Jonathan M. Horne**, born Cincinnati, Ohio, 1982. Education: Wabash College (B.A., 2005); St. John's University School of Law (J.D., 2008). Member, St. John's Law Review (2007-2008). Admitted to practice: 2008, Massachusetts; 2009, New York; 2010, United States District Court, District of Massachusetts; and 2015 United States Court of Appeals for the First Circuit. Member: Boston Bar Association, Massachusetts Bar Association, American Bankruptcy Institute Practice Areas: Commercial Litigation and Bankruptcy.

**Jenna Connors.** Education: Assumption College (B.A., 2015).

# Exhibit C

## SUMMARY SHEET

**Fee Request No.:**  First

**Fees Requested:**  $25,000.00

**Retainer Paid:**  $0.00

**Expenses Requested:**  $2,902.87

**Fees Previously Requested:**  $0.00

**Fees Previously Awarded:**  $0.00

**Fees Previously Paid:**  $0.00

**Expenses Previously Requested:**  $0.00

**Expenses Previously Awarded:**  $0.00

**Expenses Previously Reimbursed:**  $0.00

### *Professional Fees*

| Name | Year First Admitted to Practice | Hours Billed | Hourly Billing Rate | Total |
|---|---|---|---|---|
| *Attorneys* | | | | |
| Michael J. Fencer (Partner) | 2001 | 10.80 | $350.00 | $3,780.00 |
| Howard P. Blatchford (Partner) | 1981 | 16.50 | $350.00 | $5,775.00 |
| Jonathan M. Horne (Associate) | 2008 | 69.60 | $350.00 | $24,360.00 |
| *Paraprofessionals* | | | | |
| Jenna Connors | | 6.00 | $150.00 | $900.00 |

| Totals | | 102.90 | | $34,815.00 |
|---|---|---|---|---|

*Expenses*

| Expense Category | Total |
|---|---|
| Postage/FedEx | $98.06 |
| Copy Costs ($0.15 per page) | $419.70 |
| Electronic Research (Westlaw) | $229.84 |
| Service of Process | $373.00 |
| Deposition Transcript | $1,465.55 |
| Third Party Copying and Retrieval Costs | $316.72 |
| **Total** | **$2,902.87** |

# Exhibit D

## Investigation of Former Directors and Officers

On February 22, 2016 the Committee applied to this Court for the approval of the employment of Jager Smith as its special counsel in this case, *nunc pro tunc* to February 17, 2016. The purpose of the Committee's employment of Jager Smith was to assist the Committee in investigating the existence of, and to advise the Committee on the merits and potential benefit of potential claims and causes of action that do or may exist against one or more of the Debtor's current and/or former directors and officers (the "Investigation"). On March 2, 2016 this Court entered an order authorizing the Committee's employment of Jager Smith as his special counsel.

As part of its investigation Jager Smith sought and was granted authority to conduct a 2004 investigation of several of the Debtor's former officers and accountants and auditors. Pursuant to that authority Jager Smith issues subpoenas for documents to former officers Philip Bronder-Giroux, Loretta Kemp, and Anne Howser, and former auditors and accountants, James A George, P.C., Daniel Dennis & Company LLP and Glivinski & Associates, Inc. In addition, Jager Smith conducted 2004 depositions of Mr. Bronder-Giroux, the Debtor's former executive director and senior most officer, and of Ms. Howser, the Debtor's former controller, and most senior financial officer. In addition, Jager Smith obtained documents and information from the Debtor.

Time included in this Application includes that spent by Jager Smith coordinating and conferring with the Debtor's counsel and counsel for the various subpoena recipients regarding document productions and depositions. In addition, Jager Smith spent time reviewing documents produced by the subpoena recipients and preparing for and

conducting the depositions of Messrs. Bronder-Giroux and Howser. Based on the results of its investigation, Jager Smith prepared and sent a demand letter to Messrs. Bronder-Giroux and Howser demanding monetary damages for certain pre-petition breaches of their fiduciary duties to the Debtor. The demand letter had the effect of activating coverage under the Debtor's D&O insurance policy prior to end of the reporting period under the policy.

## Disbursements

In rendering the services detailed in this Application, Jager Smith made the actual, reasonable and necessary disbursement summarized below. Disbursements included expenses incurred for court reporting services, postage and shipping, service of process for subpoenas, copying costs and electronic legal research.

# Exhibit E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) |  |
|  | ) |  |
| TRI-CITY COMMUNITY ACTION | ) | Chapter 11 |
| PROGRAM, INC., | ) | Case No. 15-11569-JNF |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### ORDER APPROVING APPLICATION OF JAGER SMITH P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**UPON CONSIDERATION** of the *Application of Jager Smith P.C. For the Allowance and Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors* (the "Application"), pursuant to which Jager Smith P.C. ("Jager Smith") seeks an order, pursuant to Section 330 of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts, approving the attorneys' fees in the amount of $25,000.00 and actual, reasonable and necessary expenses of $2,902.87, for a total of $27,902.87 that Jager Smith incurred during the period from February 17, 2016 through October 31, 2016, inclusive, as special counsel to the Official Committee of Unsecured Creditors (the "Committee") of debtor and debtor-in-possession Tri-City Community Action Program, Inc. (the "Debtor"), and authorizing payment of the same; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(a), and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and that this being a core proceeding pursuant to 28

JS#574118v1

U.S.C. § 157(b)(2); and notice of the Application and of the deadline for filing objections and responses and the hearing thereon being good and sufficient; and good cause having been shown, it is hereby

**ORDERED** that the Application is **GRANTED** in all respects; and it is further

**ORDERED** that Jager Smith's fees in connection with its services as special counsel to the Committee for the period of February 17, 2016 through October 31, 2016 are allowed, on a final basis, in the amount of $25,000.00; and it is further

**ORDERED** that reimbursement of Jager Smith's actual, reasonable and necessary expenses incurred in connection with its services as special counsel to the Committee for the period of February 17, 2016 through October 31, 2016 are allowed, on a final basis, in the amount of $2,902.87; and it is further

**ORDERED** that the Debtor is authorized and directed to pay to Jager Smith for its actual, reasonable and necessary attorneys' fees and expenses in the amount of $27,902.87, incurred during the period from February 17, 2016 through October 31, 2016 in connection with its services as special counsel to the Committee; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.

Dated: _____, 2016

_____
Hon. Joan F. Feeney
United States Bankruptcy Court Judge

2

Page: 1

Official Comm. of Unsec. Cred. of TRICAP
Nicholson Herrick LLP
21 Bishop Allen Drive
Cambridge  MA  02139

12/31/2016
Account No:    5981-0001M
Statement No:    57758

Attn: Kate E. Nicholson, Esq.

Claim Investigation/Directors & Officers

| | | | Hours | |
|---|---|---|---|---|
| **01/15/2016** | | | | |
| | MJF | Prepare for and attend meeting with J. Horne and K. Nicholson re: possible engagement; draft fee proposal letter and circulate to intake committee; follow-up e-mails re: same | 2.00 | n/c |
| **01/19/2016** | | | | |
| | MJF | E-mails with J. Horne re: claims; e-mail to K. Nicholson re: proposal | 0.50 | n/c |
| **02/17/2016** | | | | |
| | JMH | Begin preparing application to employ | 0.50 | |
| **02/18/2016** | | | | |
| | JMH | Finalize application to employ, affidavit and proposed order and send same to K. Nicholson for filing (1.0); review debtor VHR filings (.5) | 1.50 | |
| | HPB | Office conference with M. Fencer re: D&O claims (.3); initial review of documents forwarded by J. Horne (.3) | 0.60 | |
| | MJF | Review and revise application to employ and affidavit | 0.50 | |
| **02/19/2016** | | | | |
| | JMH | Meet with M. Fencer and H. Blatchford to plan investigation | 0.80 | |
| | HPB | Review documents (.5); meet with J. Horne/M. Fencer (.8) | 1.30 | |
| | MJF | Meet with J. Horne and H. Blatchford re: discovery objectives and coordination | 0.80 | |
| **02/20/2016** | | | | |
| | MJF | Initial review of financials provided by K. Nicholson | 1.50 | |
| **02/22/2016** | | | | |
| | JMH | Draft omnibus Rule 2004 motion (1.2); draft and file Notice of Appearance (.3) | 1.50 | |
| | MJF | Review and revise 2004 motion (.5); conference with J. Horne re: same (.2); telephone conference with J. Morrier re: same (.3) | 1.00 | |
| | HPB | Research re: prima facie case - breach of fiduciary duty - care | 1.20 | |

# JAGER SMITH P.C.

### COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Page: 2

Official Comm. of Unsec. Cred. of TRICAP

12/31/2016

Account No: 5981-0001M
Statement No: 57758

Claim Investigation/Directors & Officers

|  |  |  | Hours |  |
|---|---|---|---|---|
| **02/23/2016** | | | | |
| | JC | Serve Omnibus Motion for Order Authorizing Rule 2004 Examination via First Class Mail. | 0.30 | n/c |
| | JMH | Finalize and file omnibus 2004 motion | 0.40 | |
| | HPB | Research - prima facie case - breach of duty/good faith | 1.10 | |
| **03/03/2016** | | | | |
| | JMH | Review Clifton Larson Allen audit report | 0.50 | |
| **03/04/2016** | | | | |
| | JC | Draft six (6) subpoenas for Rule 2004 Examination depositions. | 0.70 | |
| | JMH | Attention to drafting and serving Rule 2004 subpoenas (1.1); conference with H. Blatchford re: same (.3) | 1.40 | |
| | HPB | Office conference with J. Horne (2x) re: subpoena schedule | 0.30 | |
| **03/07/2016** | | | | |
| | JC | Edit subpoenas for Rule 2004 Examination (0.4); mail notices to opposing counsel and US Trustee via First Class Mail (0.3). | 0.70 | |
| **03/08/2016** | | | | |
| | JMH | Review document index provided by J. Morrier | 0.50 | |
| **03/09/2016** | | | | |
| | MJF | Conference with J. Horne re: debtor documents | 0.30 | |
| | JMH | Review document index and discuss issues with M. Fencer (1.5); e-mails and conversation with J. Morrier re: review and production (.2) | 1.70 | |
| **03/16/2016** | | | | |
| | JMH | Go to Casner & Edwards to review debtor documents | 2.50 | |
| **03/17/2016** | | | | |
| | JC | Scan and copy documents from warehouse per JMH. | 0.60 | n/c |
| | JMH | Go to Casner & Edwards warehouse to review documents | 6.20 | |
| | HPB | Research re: breach of fiduciary duty standards | 4.00 | |
| **03/21/2016** | | | | |
| | JC | Download documents from CD from Casner Edwards (0.2); begin Bates stamping documents (0.2). | 0.40 | |
| | JMH | Review documents obtained at C&E Warehouse; attention to reviewing Gliuinski production | 3.20 | |



# JAGER SMITH P.C.

## COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Page: 3
12/31/2016

Official Comm. of Unsec. Cred. of TRICAP

|  | Account No: | 5981-0001M |
| --- | --- | --- |
|  | Statement No: | 57758 |

Claim Investigation/Directors & Officers

|  |  |  | Hours |  |
| --- | --- | --- | --- | --- |
| 03/22/2016 |  |  |  |  |
| | JC | Download and Bates stamp documents from Casner & Edwards and Tammy Glivinski. | 0.80 | |
| 03/23/2016 |  |  |  |  |
| | MJF | Conference with H. Blatchford re: research assignments | 0.50 | |
| | JC | Copy and Bates stamp documents from Tammy Glivinski. | 1.10 | n/c |
| | JMH | Calls with A. Howser and P. Bronder-Giroeux re: deposition and document requests | 0.40 | |
| 03/24/2016 |  |  |  |  |
| | JMH | Visit Barton & Gilman office to inspect Daniel Dennis production (1.0); review documents obtained to date and begin identifying deposition exhibits (.8) | 1.80 | |
| 03/25/2016 |  |  |  |  |
| | HPB | Office conference with J. Horne (.2); start draft summary of law (.5) | 0.70 | |
| | JMH | Conversation with J. Morrier (.2); conference with H. Blatchford re: legal standard and applicable facts (.2) | 0.40 | |
| 03/28/2016 |  |  |  |  |
| | JMH | E-mails with J. Morrier and E. Shoulkin re: subpoenas and document production | 0.50 | |
| 03/29/2016 |  |  |  |  |
| | JC | File and save documents produced re: subpoenas. | 0.80 | |
| | JMH | Review Anne Howser production and review Daniel Dennis production | 3.00 | |
| 03/30/2016 |  |  |  |  |
| | JMH | Review Daniel Dennis documents | 0.80 | |
| 03/31/2016 |  |  |  |  |
| | JC | Save and copy documents from James A. George re: subpoena. | 0.50 | |
| | JMH | Review James George production | 2.50 | |
| 04/04/2016 |  |  |  |  |
| | JC | Scan and file documents re: subpoena from Casner & Edwards/TRICAP from Attorney Morrier. | 0.40 | |



# JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Page: 4
12/31/2016

Official Comm. of Unsec. Cred. of TRICAP

Account No:     5981-0001M
Statement No:          57758

Claim Investigation/Directors & Officers

|  |  |  | Hours |  |
|---|---|---|---|---|
| 04/06/2016 |  |  |  |  |
| | JMH | Correspondence and conversation with M. Kane re: upcoming deposition of Phillip Bronder-Giroux | 0.40 | |
| 04/07/2016 |  |  |  |  |
| | JC | Scan and save documents from Laredo & Smith for Bronder-Giroux subpoena. | 0.40 | |
| 04/08/2016 |  |  |  |  |
| | JMH | Review documents produced by Phillip Bronder-Giroux and his e-mails produced by the debtor | 1.20 | |
| 04/11/2016 |  |  |  |  |
| | JC | Copy documents for 4.12.16 deposition per JMH. | 0.70 | n/c |
| | MJF | Review documents for deposition (.5); consult with J. Horne re: deposition objectives and exam subjects (.5) | 1.00 | |
| | JMH | Review documents and create outline in preparation for Phillip Bronder-Giroux deposition | 7.50 | |
| 04/12/2016 |  |  |  |  |
| | JC | Copy exhibit documents from 4.12.16 Bronder-Giroux deposition. | 0.20 | n/c |
| | MJF | Conference with J. Horne re: deposition and possible claims | 0.50 | |
| | JMH | Prepare for and take deposition of Phillip Bronder-Giroux | 7.50 | |
| 04/14/2016 |  |  |  |  |
| | JMH | Draft narrative of potential claims | 2.50 | |
| 04/15/2016 |  |  |  |  |
| | JMH | Draft demand letter to Bronder-Giroux and Howser | 4.20 | |
| | HPB | Review J. Horne draft memo and memo re: fiduciary duty standards in Massachusetts | 0.50 | |
| 04/18/2016 |  |  |  |  |
| | JMH | Draft and revise demand letter (.5); calls and e-mails re: scheduling Howser deposition (.5); conference with H. Blatchford re: letter (.2) | 1.20 | |
| | MJF | E-mails with J. Horne re: exam | 0.20 | |
| | HPB | Review draft demand letter (.2); office conference with J. Horne re: same (.2) | 0.40 | |
| 04/19/2016 |  |  |  |  |
| | JMH | Review Phillip Bronder-Girouex deposition transcript | 1.20 | |



JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Official Comm. of Unsec. Cred. of TRICAP

|  | Account No: | 5981-0001M |
|---|---|---|
|  | Statement No: | 57758 |

Claim Investigation/Directors & Officers

|  |  |  | Hours |
|---|---|---|---|
| 04/20/2016 | | | |
| | JC | Serve letter re: notice of D&O claims via FedEx, fax, and email. | 1.00 |
| | JMH | Finalize and send demand letter to Bronder-Girouex and Howser (.5); telephone conference with M. Fencer re: same (.5); conference with H. Blatchford re: same (.2) | 1.20 |
| | MJF | Review demand letter and telephone conference with J. Horne re: revisions | 1.00 |
| | HPB | Office conference with J. Horne (2x) re: draft demand (.2); review draft and changes (.2) | 0.40 |
| 04/28/2016 | | | |
| | MJF | Conference with H. Blatchford re: deposition and call with committee (.5); telephone conference with J. Morrier re: same and plan exit (.5) | 1.00 |
| | HPB | Office conference with M. Fencer | 0.50 |
| 04/29/2016 | | | |
| | HPB | Review of Bronder-Giroux transcript | 2.50 |
| 05/02/2016 | | | |
| | HPB | Complete review of Broder-Giroux transcript | 1.20 |
| 05/03/2016 | | | |
| | JMH | Meet with H. Blatchford and M. Fencer to discuss potential claims and then have extended conference call with committee and K. Nicholson to discuss case and next steps | 1.80 |
| | MJF | Prepare for and attend call with committee re: investigation status and options (1.5); follow-up e-mails with J. Horne and K. Nicholson re: same (.5) | 2.00 |
| | HPB | Office conference with M. Fencer (.2); meet with M. Fencer/J. Horne (.3); conference call with committee (1.3) | 1.80 |
| 07/01/2016 | | | |
| | JMH | Call with M. Duffy re: Howser deposition | 0.10 |
| 07/20/2016 | | | |
| | JMH | E-mails with M. Duffy and K. Nicholson re: A. Houser deposition | 0.20 |
| 07/28/2016 | | | |
| | JMH | Calls to M. Duffy and B. Chamberlin re: Anne Houser deposition | 0.20 |



# JAGER SMITH P.C.
## COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Page: 6

Official Comm. of Unsec. Cred. of TRICAP

12/31/2016

Account No:    5981-0001M
Statement No:    57758

Claim Investigation/Directors & Officers

| | | Hours | |
|---|---|---|---|
| 08/10/2016 | | | |
| JC | Prepare and send letter and enclosures to Chamberlain re: Anne Howser. | 0.30 | |
| JMH | Letter and call to B. Chamberlain re: scheduling deposition; call R. McCall re: same | 0.50 | |
| 09/16/2016 | | | |
| JMH | Cal with M. Duffy re: A. Howser deposition | 0.20 | |
| 09/21/2016 | | | |
| MJF | Conference call with J. Horne and K. Nicholson re: status | 0.50 | |
| JMH | Call with K. Nicholson re: case | 0.10 | |
| 10/17/2016 | | | |
| JMH | Prep for Howser Deposition | 1.00 | |
| 10/18/2016 | | | |
| JMH | Prep for Howser deposition | 3.30 | |
| 10/19/2016 | | | |
| JMH | Prepare for and take Anne Howser deposition | 5.20 | |
| | For Current Services Rendered | 102.90 | 34,815.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Howard P. Blatchford | 16.50 | $350.00 | $5,775.00 |
| Jonathan M. Horne | 69.60 | 350.00 | 24,360.00 |
| Michael J. Fencer | 10.80 | 350.00 | 3,780.00 |
| Jenna Connors | 6.00 | 150.00 | 900.00 |

| | | |
|---|---|---|
| 03/07/2016 | Copy Costs, 38 copies | 5.70 |
| 03/07/2016 | Postage | 4.60 |
| 03/11/2016 | Service Fee | 105.00 |
| 03/17/2016 | Service of Process | 268.00 |
| 03/17/2016 | Copy Costs, 8 copies | 1.20 |
| 03/17/2016 | Copy Costs, 342 copies | 51.30 |
| 03/17/2016 | Postage | 8.30 |
| 04/04/2016 | Copying | 285.48 |
| 04/11/2016 | Copy Costs, 1020 copies | 153.00 |
| 04/11/2016 | Copy Costs, 16 copies | 2.40 |



# JAGER SMITH P.C.

## COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077

Page: 7

Official Comm. of Unsec. Cred. of TRICAP

| | | |
|---|---|---|
| | Account No: | 12/31/2016 |
| | | 5981-0001M |
| | Statement No: | 57758 |

Claim Investigation/Directors & Officers

| | | |
|---|---|---:|
| 04/11/2016 | Copy Costs, 8 copies | 1.20 |
| 04/11/2016 | Copy Costs, 76 copies | 11.40 |
| 04/11/2016 | Copy Costs, 59 copies | 8.85 |
| 04/11/2016 | Copy Costs, 65 copies | 9.75 |
| 04/11/2016 | Copy Costs, 65 copies | 9.75 |
| 04/12/2016 | Copy Costs, 284 copies | 42.60 |
| 04/14/2016 | Copy Costs, 67 copies | 10.05 |
| 04/20/2016 | Copy Costs, 16 copies | 2.40 |
| 04/20/2016 | Federal Express | 20.21 |
| 04/20/2016 | Federal Express | 23.86 |
| 04/20/2016 | Federal Express | 20.21 |
| 04/20/2016 | Federal Express | 20.21 |
| 04/20/2016 | Final revisions | 31.24 |
| 04/26/2016 | Doris O. Wong Associates, Inc - deposition transcript | 855.55 |
| 04/28/2016 | Copy Costs, 203 copies | 30.45 |
| 04/30/2016 | Westlaw Billing: legal research | 229.84 |
| 08/11/2016 | Postage | 0.67 |
| 10/18/2016 | Copy Costs, 24 copies | 3.60 |
| 10/18/2016 | Copy Costs, 288 copies | 43.20 |
| 10/18/2016 | Copy Costs, 51 copies | 7.65 |
| 10/18/2016 | Copy Costs, 168 copies | 25.20 |
| 11/02/2016 | Doris O. Wong Associates, Inc - deposition transcript | 610.00 |
| | Total Expenses | 2,902.87 |
| | Total Current Work | 37,717.87 |
| | Balance Due | $37,717.87 |

JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
TAX ID# 04-2713077