## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| | )     **CHAPTER 11** |
| **TRI-CITY COMMUNITY** | )     **CASE NO. 15-11569-JNF** |
| **ACTION PROGRAM, INC** | ) |
| | ) |
| **DEBTOR** | ) |
| | ) |

### APPLICATION OF KATE E. NICHOLSON FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Kate E. Nicholson of Nicholson Herrick LLP, formerly Nicholson Shepard LLC, hereby submits her first and final application for compensation for services rendered and expenses incurred as counsel to The Official Committee of Unsecured Creditors of Tri-City Community Action Program, Inc. ("Committee") pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, and MLBR 2016-1. Ms. Nicholson is applying for compensation and reimbursement for the period from June 29, 2015 through December 28, 2017 in the total amount of $27,780.12. In support of this application, Ms. Nicholson represents as follows:

1.        On April 23, 2015, the debtor, Tri-City Community Action Program, Inc. ("Debtor"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2.        On June 5, 2015, the Office of the United States Trustee appointed three of the Debtor's largest unsecured creditors to serve as members of the Committee.

3.        The Committee consisted of Michael A. Sticca d/b/a Sticca Contracting Company, Joseph DeRenzis, Trustee, A.M.G. Realty Trust, and Glen Alexander d/b/a Alexander Construction.

4.        On June 29, 2015, the Committee filed an application to employ Kate E. Nicholson and her predecessor firm, Nicholson Shepard LLC, as its counsel.

5.    Ms. Nicholson's employment was approved by this Court on July 9, 2015.  A copy of the Order Authorizing Employment of Counsel is attached hereto as Exhibit A.

6.    Ms. Nicholson seeks the allowance of compensation for actual reasonable and necessary services rendered to the Committee and expenses incurred for the period from June 29, 2015 through December 28, 2017.

7.    Ms. Nicholson expended 113.8 hours of professional services (including 4.1 hours at no charge) for a total of $27,425.00 in legal fees and $355.12 in expenses.

8.    In support of this Application, the following information is provided in the attached exhibits:

(I)    a summary chart showing the name, number of hours worked, hourly rate and total compensation sought for each attorney and paralegal who provided services to the Estate (Exhibit B);

(II)    a narrative summary of the services rendered in accordance with MLBR 2016-1 (Exhibit C);

(III)    a detailed description of the day-to-day services rendered by each attorney and paralegal who provided services to the Estate, compiled from time records maintained by Nicholson Shepard LLC and Nicholson Herrick LLP (Exhibit D);

(IV)    an itemization of the expenses incurred by Ms. Nicholson (Exhibit D); and,

(V)    a brief biography of each attorney and paralegal included in this application (Exhibit E).

9.    Ms. Nicholson has neither previously applied for nor received any compensation in connection with the services rendered in this proceeding.

10.    Ms. Nicholson has not agreed to share the compensation sought in this Application with any person other than members of her firm.

WHEREFORE, the Applicant requests that this Court enter an order allowing the sum of $27,780.12 as final compensation for services rendered.

Respectfully submitted,

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonherrick.com

Dated:  July 3, 2018

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 11** |
| TRI-CITY COMMUNITY ) | **CASE NO. 15-11569-JNF** |
| ACTION PROGRAM, INC ) | |
| ) | |
| DEBTOR ) | |
| ) | |

*07/09/2015 Application granted.*

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY COUNSEL

The Official Committee of Unsecured Creditors ("Committee" or "Applicant") of

the above-captioned debtor and debtor-in-possession (the "Debtor"), respectfully

represents as follows:

### PRELIMINARY STATEMENT

1. The Committee seeks authority, pursuant to 11 U.S.C. § 1103, to retain Nicholson

    Shepard LLC as its counsel in the Debtor's chapter 11 case.

### BACKGROUND

2. On April 23, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for

    reorganization under chapter 11 of the Bankruptcy Code.

3. On June 5, 2015, the Office of the United States Trustee appointed three of the

    Debtor's largest unsecured creditors to serve as members of the Committee.

4. The Committee presently consists of Michael A. Sticca d/b/a Sticca Contracting

    Company, Joseph DeRenzis, Trustee, A.M.G. Realty Trust, and Glen Alexander

    d/b/a Alexander Construction.

**EXHIBIT B**

I. CHART SUMMARIZING FEES AND EXPENSES

During the period of June 29, 2015 through December 28, 2017, Ms. Nicholson rendered substantial legal services on behalf of the Committee. The name, number of hours worked, hourly rate, and total amount of compensation sought for Ms. Nicholson and her staff is as follows:

| Name | Hours | Hourly Rate | Compensation |
|------|-------|-------------|--------------|
| Kate E. Nicholson (KN) (Attorney) | 109.7 | $250.00 | $27,425.00 |
| Kate E. Nicholson (KN) (Attorney) | 4.1 | $0.00 | $0.00 |
| Total: | | | $27,425.00 |

The total expense reimbursement sought is as follows:

| Expense | Quantity | Cost | Reimbursement |
|---------|----------|------|---------------|
| Postage | 268 | .49 | $131.32 |
| Copying | 1492 | .15 | $223.80 |
| Total: | | | $355.12 |

**EXHIBIT C**

## II. NARRATIVE SUMMARY OF SERVICES

The debtor, Tri-City Community Action Program, Inc. ("Debtor"), filed a petition for relief under chapter 11 of the Bankruptcy Code on April 23, 2015. Approximately six weeks later, The Official Committee of Unsecured Creditors of Tri-City Community Action Program, Inc. ("Committee") was formed, consisting of three of the Debtor's largest unsecured creditors. The Committee applied for authority to employ Kate E. Nicholson as counsel, which was granted by this Court on July 9, 2015. Ms. Nicholson worked on behalf of the Committee for the next two and a half years. During this time, she performed the duties incumbent upon Committee counsel. She held regular meetings with the Committee to discuss developments in the Debtor's case and worked closely with the Debtor and other parties-in-interest to maximize the recovery for unsecured creditors in a case involving the liquidation of a non-for-profit entity. In addition to the regular and necessary work of staying in close contact with the Committee, reviewing the Debtor's activities, and participating in the process of vetting the plan and disclosure statement, Ms. Nicholson's representation of the Committee involved four major issues: 1) the Debtor's redemption of its share in 54 Eastern Ave Malden, LLC; 2) the attempt by the United States Department of Health and Human Services ("HHS") to reclaim the Debtor's school buses; 3) negotiations with the Massachusetts Department of Housing and Community Development ("DHCD"), Eagle Bank, and Boston Gas regarding the potential recovery and distribution of approximately $300,000.00 Eagle Bank swept from the Debtor's account pre-petition, and 4) claims against the Debtor's directors and officers for breach of their fiduciary duties.

At the time of the case filing, the Debtor owned a 53.3% interest in 54 Eastern Ave. Malden, LLC ("54 Eastern"). The remaining 46.7% of 54 Eastern was owned by Bread of Life, LLC. The purpose of 54 Eastern was to develop the property at 54 Eastern Ave, Malden, MA to provide certain social services, but the development of this project was interrupted by the Debtor's financial difficulties. The Debtor could not continue with the project and instead sought to recover its contributions to 54 Eastern of approximately $100,000.00, resolve all claims between it and Bread of Life, LLC, and be released from its guaranty of the senior project lien. In conjunction with the Debtor, Ms. Nicholson negotiated on behalf of the Committee to ensure that the Debtor's contributions will be

among the first expenses paid from project financing or alongside any reimbursements to Bread of Life.  Finally, she reviewed and revised the settlement documents to ensure they represented this agreement.

Ms. Nicholson also negotiated an agreement with HHS, by and through its agency, the Administration for Children and Families ("ACF"), for fair compensation for the transfer to ACF of the Debtor's two school buses, worth approximately $38,000.00. ACF had filed a motion seeking a determination that the buses were not part of the Debtor's bankruptcy estate or in the alternative, for relief from stay in order to take possession of the buses.  ACF argued that the buses were the property of the government because they were purchased with government funded grant money.  The Debtor acquiesced to ACF's motion for relief.  Ms. Nicholson, however, opposed ACF's motion on behalf of the Committee, arguing that the government would have the burden of proof in showing that the buses were purchased with government funds and would be unable to sustain this burden due to the Debtor's accounting practices.  Ms. Nicholson ultimately negotiated with ACF for payment to the Debtor of $24,542.93 less storage costs, and negotiated with the Debtor that the payment for the buses would be held in escrow and distributed to unsecured creditors.  Finally, Ms. Nicholson obtained Eagle Bank's assent to the compromise, which extinguished any claim they may have had to the buses as collateral.

Shortly before the bankruptcy case filing, Eagle Bank ("Eagle") setoff the Debtor's accounts to pay the full amount of the Debtor's outstanding liabilities to Eagle - -approximately $300,000.00 ("Setoff Funds").  The provenance of these funds and their rightful disposition were crucial issues for the Debtor to be able to propose a plan that would provide a meaningful distribution to unsecured creditors and garner the Committee's support.  DHCD, Boston Gas and Eagle all claimed the funds were rightfully theirs.  In conjunction with the Debtor, Ms. Nicholson engaged in extensive negotiations over several months with all parties to reach a global settlement of the competing claims to the Setoff Funds that ultimately resulted in unsecured creditors receiving an approximately 17% dividend though the plan.

Finally, on behalf of the Committee, Ms. Nicholson ensured that the Debtor's claims against its directors and officers were preserved and pursued.  Ms. Nicholson

**EXHIBIT  C**

interviewed potential special counsel and based on the Committee's recommendation, ultimately negotiated an agreement with Jager Smith, P.C. whereby it would investigate the viability of bringing these claims and cap its fees for doing so.  Ms. Nicholson revised and filed the application to employ Jager Smith as special counsel to the Committee and, after the investigation was complete, prepared and filed a motion to grant the Committee derivative standing to bring claims against two of the Debtor's directors and officers, which was allowed by the Court.  In addition, due to the dissolution of Jager Smith, it was necessary for the Committee to find successor counsel to prepare and file the complaint against the Debtor's former directors and officers of interest.  Ms. Nicholson interviewed several potential attorneys on behalf of the Committee and ultimately engaged Jesse Redlener as special counsel to the Committee.  Ms. Nicholson prepared and filed an application to employ Mr. Redlener and his prior firm, Dalton & Finegold, LLP.  The litigation against the Debtor's directors and officers has been transfered to the creditor trust pursuant to the plan and is on-going.

**EXHIBIT D**

**Nicholson Herrick LLP**
21 Bishop Allen Dr.
Cambridge, MA 02139



**Official Committee of Unsecured Creditors,Tri-City
Community Action Prog.**
c/o Joseph DeRenzis
41 Rivers Lane
Melrose, MA 02176
Email: josephderenzis@comcast.net

**Invoice 20243**

| Date | Jul 02, 2018 |
|---|---|
| Terms | |
| Service Thru | Jul 02, 2018 |

### In Reference To: Tri-CAP (Services)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/29/2015 | KN | Prepare and file Application to Employ Nicholson Shepard LLC as counsel to the Official Committee of Unsecured Creditors with affidavit and certificate of service | 0.80 | $ 250.00/hr | $ 200.00 |
| 06/29/2015 | KN | Review debtor's schedules, statement of financial affairs and related documents in preparation for call with J. Morrier | 1.30 | $ 250.00/hr | $ 325.00 |
| 06/29/2015 | KN | Phone call with debtor's attorney, J. Morrier, regarding Creditors' Committee and debtor's plan for case | 1.10 | $ 250.00/hr | $ 275.00 |
| 07/01/2015 | KN | Email J. Morrier request for documentation (MORs, insurance, etc.) | 0.30 | $ 250.00/hr | $ 75.00 |
| 07/02/2015 | KN | Draft email to CC detailing conversation with J. Morrier | 1.10 | $ 250.00/hr | $ 275.00 |
| 07/08/2015 | KN | Review emails from J. Morrier attaching D&O policy, 2014 audit and related documents | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/13/2015 | KN | Phone call with J. Morrier regarding status of sale negotiations and additional requested documentation | 0.30 | $ 250.00/hr | $ 75.00 |
| 07/15/2015 | KN | Phone call with J. Morrier regarding 54 Eastern Ave. Malden LLC, proposed sale of real estate and request for additional information | 0.30 | $ 250.00/hr | $ 75.00 |
| 07/15/2015 | KN | Review Tri-CAP asset and liability documentation (security agreements, taxes, real estate assessments, etc.) | 3.40 | $ 250.00/hr | $ 850.00 |
| 07/15/2015 | KN | Email J. DeRenzis regarding valuation of real estate | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/15/2015 | KN | Email Committee regarding next meeting and updates | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/15/2015 | KN | Phone call with J. DeRenzis regarding valuation of real estate and D&O policy; email client D&O policy | 0.20 | $ 250.00/hr | $ 50.00 |

| 07/17/2015 | KN | Phone call with B. Mockler from US Attorney's office regarding Tri-CAP buses and MFR | 0.30 | $ 250.00/hr | $ 75.00 |
| 07/27/2015 | KN | Email J. Morrier regarding 54 Eastern settlement, bus titles, and title run-down for properties | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/07/2015 | KN | Review proposed agreement for redemption of debtor's share of 54 Eastern Ave Malden LLC, letter of intent and operating agreement | 1.10 | $ 250.00/hr | $ 275.00 |
| 08/07/2015 | KN | Phone call with J. Morrier regarding debtor's proposed exit from LLC, sale of debtor's real estate, MFR w/r/t buses, and related matters | 1.10 | $ 250.00/hr | $ 275.00 |
| 08/07/2015 | KN | Phone call with committee regarding debtor's proposed exit from LLC, sale of debtor's real estate, MFR w/r/t buses, and related matters | 0.80 | $ 250.00/hr | $ 200.00 |
| 08/11/2015 | KN | Email J. Morrier regarding Tri-CAP vehicle expenses and account set-off | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/13/2015 | KN | Review Debtor's Motion for Authority to Extend the Expiration Date of Its Prepetition Guaranty of an Affiliate's Mortgage, Assented to Motion to Set Bar Date, and Debtor's Statement of No Opposition to HHS's Motion for Relief from Stay | 0.20 | $ 250.00/hr | $ 50.00 |
| 08/13/2015 | KN | Review HHS's Motion for Determination that Certain Property Is Not Property of the Bankruptcy Estate, or in the Alternative, Relief from the Automatic Stay plus exhibits | 0.60 | $ 250.00/hr | $ 150.00 |
| 08/14/2015 | KN | Phone call with J. Morrier regarding 54 Eastern Avenue, Malden LLC and related matters | 0.40 | $ 250.00/hr | $ 100.00 |
| 08/17/2015 | KN | Prepare for and facilitate Creditors Committee meeting | 1.00 | $ 250.00/hr | $ 250.00 |
| 08/18/2015 | KN | Review Notice of Deadline to File Proofs of Claim or Requests for Payment of Administrative Claims Against the Debtor | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/18/2015 | KN | Prepare and file Statement of No Opposition to Debtor's Motion to Extend Guaranty w/r/t Century Bank loan to 54 Eastern Ave | 0.30 | $ 250.00/hr | $ 75.00 |
| 08/19/2015 | KN | Research law surrounding property purchased with federal grant funds and property of the bankruptcy estate | 3.20 | $ 250.00/hr | $ 800.00 |
| 08/20/2015 | KN | Review revised term sheet for redemption of Tri-Cap's share of 54 Eastern LLC; email to J. Morrier regarding same | 0.80 | $ 250.00/hr | $ 200.00 |
| 08/21/2015 | KN | Phone call with J. Morrier regarding revised term sheet with 54 Eastern | 0.30 | $ 250.00/hr | $ 75.00 |
| 08/21/2015 | KN | Phone call and follow-up email to G. Howell, counsel to Bread of Life, regarding revised term sheet with 54 Eastern | 1.40 | $ 250.00/hr | $ 350.00 |
| 08/25/2015 | KN | Review further revisions to 54 Eastern/Bread of Life term sheet; email J. Morrier and G. Howell regarding final edits | 0.30 | $ 250.00/hr | $ 75.00 |

| 08/26/2015 | KN | Further research intersection of estate property and property purchased with gov't funds; commence drafting Opposition to HHS's Motion for Determination Property Not Property of the Estate or in the Alternative, Relief from Stay | 2.10 | $ 250.00/hr | $ 525.00 |
|---|---|---|---|---|---|
| 08/26/2015 | KN | Email client final term sheet for Tri-CAP exit from 54 Eastern with explanation and recommendation | 0.40 | $ 250.00/hr | $ 100.00 |
| 08/27/2015 | KN | Draft, finalize and file Opposition to HHS's Motion for Determination Property Not Property of the Estate or in the Alternative, Relief from Stay | 7.10 | $ 250.00/hr | $ 1,775.00 |
| 08/27/2015 | KN | Email exchange with J. Morrier regarding relationship between Eagle Bank and Tri-CAP | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/29/2015 | KN | Email client Opposition to HHS's Motion for Relief and Motion to Compromise 54 Eastern | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/31/2015 | KN | Draft and file Statement in Support of Debtor's Motion to Compromise | 0.30 | $ 250.00/hr | $ 75.00 |
| 09/02/2015 | KN | Prepare for and conduct meeting of Creditors Committee | 0.70 | $ 250.00/hr | $ 175.00 |
| 09/08/2015 | KN | Email B. Mockler re location of Tri-CAP buses | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/09/2015 | KN | Review Amended Schedules Matrix filed by Debtor | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/10/2015 | KN | Prepare for and attend hearings on Motion to Approve Compromise regarding 54 Eastern Ave Malden LLC and Motion for Authority to Extend Guaranty of Affiliate's Mortgage | 1.50 | $ 250.00/hr | $ 375.00 |
| 09/11/2015 | KN | Email G. Erhlich regarding proposed 54 Eastern settlement and Century Bank's position | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/21/2015 | KN | Prepare for and participate in conference call with B. Mockler and J. Williams regarding Tri-CAP buses | 0.30 | $ 250.00/hr | $ 75.00 |
| 09/22/2015 | KN | Review and respond to email from J. Morrier regarding debtor's anticipated affordable housing transaction | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/28/2015 | KN | Email exchange with G. Ehlrich and J. Morrier regarding Century Bank conditions to 54 Eastern Ave Malden LLC compromise | 0.30 | $ 250.00/hr | $ 75.00 |
| 09/29/2015 | KN | Phone call with J. Morrier regarding Century Bank conditions to 54 Eastern LLC compromise | 0.20 | $ 250.00/hr | $ 50.00 |
| 09/29/2015 | KN | Email client regarding ACF offer for buses | 0.20 | $ 250.00/hr | $ 50.00 |
| 10/01/2015 | KN | Prepare for and conduct Creditors Committee meeting (Malden) | 5.20 | $ 250.00/hr | $ 1,300.00 |
| 10/01/2015 | KN | Phone call with J. Morrier regarding 54 Eastern, sale of affordable housing buildings, Ch. 11 plan, etc. | 0.60 | $ 250.00/hr | $ 150.00 |
| 10/02/2015 | KN | Review email from G. Ehrlich attaching promissory note w/r/t 54 Eastern | 0.20 | $ 250.00/hr | $ 50.00 |
| 10/02/2015 | KN | Email J. Morrier regarding proposed intercreditor agreement and security interest for Century Bank | 0.20 | $ 250.00/hr | $ 50.00 |
| 10/05/2015 | KN | Review cases cited by ACF w/r/t burden of proof; email J. Williams counteroffer w/r/t Tri-CAP buses | 0.50 | $ 250.00/hr | $ 125.00 |

Page 3

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/2015 | KN | Review Assented to Motion filed by U.S. Department of Health and Human Services to Continue Hearing | 0.10 | $ 250.00/hr | $ 25.00 |
| 10/16/2015 | KN | Conference call with F. McGinn and representatives from DHCD regarding claims, Eagle Bank sweep of LIHEAP funds, and Committee's position on separate classification | 0.50 | $ 250.00/hr | $ 125.00 |
| 10/20/2015 | KN | Conference call with F. McGinn and representatives from DHCD regarding claims, Eagle Bank sweep of LIHEAP funds, affordable housing transaction, and Committee's position on separate classification | 0.50 | $ 250.00/hr | $ 125.00 |
| 10/25/2015 | KN | Draft Stipulation between Debtor, Committee and ACF w/r/t two school buses and motion to approve same | 4.50 | $ 250.00/hr | $ 1,125.00 |
| 10/25/2015 | KN | Email draft stipulation w/r/t buses to opposing counsel | 0.20 | $ 250.00/hr | $ 50.00 |
| 10/26/2015 | KN | Review comments from opposing counsel on draft stipulation | 0.10 | $ 250.00/hr | $ 25.00 |
| 10/26/2015 | KN | Email counsel to Eagle Bank regarding lien on Tri-Cap buses; phone call with counsel regarding same | 0.30 | $ 250.00/hr | $ 75.00 |
| 10/27/2015 | KN | Email counsel to Eagle Bank seeking Eagle Bank's support of settlement with ACF | 0.20 | $ 250.00/hr | $ 50.00 |
| 11/03/2015 | KN | Further revise proposed settlement based on comments from Eagle Bank; email opposing counsel re same | 0.30 | $ 250.00/hr | $ 75.00 |
| 11/04/2015 | KN | Email exchange with opposing counsel and counsel to Eagle Bank re finalized stipulation and Eagle Bank's assent | 0.20 | $ 250.00/hr | $ 50.00 |
| 11/06/2015 | KN | Finalize and file Expedited Motion to Approve Compromise Under Rule 9019 with Exhibits and COS; Review Order granting expedited treatment; prepare and file certificate of service re: Notice of Objection Deadline re: Order on Motion to Compromise | 0.30 | $ 250.00/hr | $ 75.00 |
| 11/06/2015 | KN | Review Debtor's Notice of Intent to Abandon Selected Books, Records and Personal Property | 0.20 | $ 250.00/hr | $ 50.00 |
| 11/16/2015 | KN | Review Order approving Motion to Compromise with ACF | 0.10 | $ 250.00/hr | $ 25.00 |
| 11/20/2015 | KN | Review Limited Objection filed by U.S. Department of Health and Human Services to Debtor's Notice of Intent to Abandon Property | 0.10 | $ 250.00/hr | $ 25.00 |
| 11/23/2015 | KN | Review Response Resolving the Limited Objection of the Department of Health and Human Services to the Debtor's Notice of Abandonment | 0.10 | $ 250.00/hr | $ 25.00 |
| 12/09/2015 | KN | Email counsel to ACF regarding actual transfer of buses | 0.10 | $ 250.00/hr | $ 25.00 |
| 12/22/2015 | KN | Prepare for and meet with J. Morrier regarding claims, plan, separate classification, etc. | 1.90 | $ 250.00/hr | $ 475.00 |
| 01/11/2016 | KN | Prepare for and conduct meeting of Creditors Committee | 1.20 | $ 250.00/hr | $ 300.00 |
| 01/14/2016 | KN | Email J. Green at AG's office regarding audit of debtor | 0.10 | $ 250.00/hr | $ 25.00 |
| 01/15/2016 | KN | Email F. McGinn regarding DHCD's audit of debtor | 0.10 | $ 250.00/hr | $ 25.00 |

| 01/15/2016 | KN | Prepare for and meet with J. Horne and M. Fencer regarding potential claims against Directors and Officers of Tri-CAP | 2.40 | $ 250.00/hr | $ 600.00 |
|---|---|---|---|---|---|
| 01/18/2016 | KN | Email J. Morrier regarding D&O policy; review and respond to email from M. Fencer regarding same | 0.10 | $ 250.00/hr | $ 25.00 |
| 01/25/2016 | KN | Review proposed fee agreement with Jager Smith; email M. Fencer regarding same | 0.40 | $ 250.00/hr | $ 100.00 |
| 02/02/2016 | KN | Creditors Committee meeting to discuss D&O litigation | 1.20 | $ 250.00/hr | $ 300.00 |
| 02/09/2016 | KN | Draft email to M. Fencer regarding potential fee agreement; email to Committee regarding same | 0.70 | $ 250.00/hr | $ 175.00 |
| 02/09/2016 | KN | Email client regarding creditors committee meeting and potential fee agreement with Jager Smith | 0.20 | $ 250.00/hr | $ 50.00 |
| 02/12/2016 | KN | Email and phone call with M. Fencer regarding fee agreement; email client regarding same | 0.20 | $ 250.00/hr | $ 50.00 |
| 02/17/2016 | KN | Email exchange with M. Fencer and J. Horne regarding employment as special counsel | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/18/2016 | KN | Email and phone call with M. Fencer and J. Horne regarding fee application and investigation | 0.20 | $ 250.00/hr | $ 50.00 |
| 02/19/2016 | KN | Email exchange with J. Morrier re Committee's intent to employ Jager Smith | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/22/2016 | KN | Finalize and file Application to Employ Special Counsel | 0.20 | $ 250.00/hr | $ 50.00 |
| 02/22/2016 | KN | Phone call with F. McGinn regarding DHCD's position vis a vis Eagle Bank | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/22/2016 | KN | Phone call with P. Bachtell regarding status of case | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/22/2016 | KN | Review and respond to email from DOJ regarding transfer of buses | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/23/2016 | KN | Review Expedited Motion for 2004 Examinations | 0.10 | $ 0.00/hr | No Charge |
| 02/23/2016 | KN | Phone call with J. Morrier regarding possible plan terms, Eagle Bank, and DHCD issues | 0.50 | $ 250.00/hr | $ 125.00 |
| 02/23/2016 | KN | Email with M. Fencer and J. Horne regarding Committee meeting and call with F. McGinn | 0.10 | $ 0.00/hr | No Charge |
| 02/24/2016 | KN | Prepare for and conduct Creditors Committee meeting | 1.20 | $ 250.00/hr | $ 300.00 |
| 02/24/2016 | KN | Email client Debtor's claims analysis and proofs of claims for review | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/27/2016 | KN | Review Debtor's claims analysis and proofs of claims | 1.90 | $ 250.00/hr | $ 475.00 |
| 02/29/2016 | KN | Email F. McGinn re DHCD audit | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/02/2016 | KN | Review Order re: Application to Employ Jager Smith P.C. as Special Counsel; Review Allowed Order re: Expedited Motion for 2004 Examinations | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/02/2016 | KN | Review and respond to email from F. McGinn regarding DHCD audit | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/23/2016 | KN | Email exchange with representative of US Bank regarding copiers abandoned by Debtor | 0.10 | $ 250.00/hr | $ 25.00 |

| 04/06/2016 | KN | Email exchange with F. McGinn regarding scheduled 2004 exams of Debtor D&Os | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/12/2016 | KN | Attend 2004 exam of P. Bronder-Giroux | 3.00 | $ 0.00/hr | No Charge |
| 04/20/2016 | KN | Review demand letter sent to P. Bronder-Giroux and A. Howser | 0.20 | $ 0.00/hr | No Charge |
| 04/21/2016 | KN | Review demand letter from J. Horne to P. Bronder-Giroux and A. Howser regarding breach of fiduciary duties w/r/t Tri-CAP | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/21/2016 | KN | Emails to client regarding demand letter and auditors' reports | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/25/2016 | KN | Email client 2013 and 2014 audits | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/26/2016 | KN | Review emails from Committee members regarding Anne Howser 2004 exam; email to J. Horne regarding same | 0.20 | $ 250.00/hr | $ 50.00 |
| 05/03/2016 | KN | Phone call with Creditors Committee, M. Fencer and J. Horne regarding status of D&O claims | 1.30 | $ 250.00/hr | $ 325.00 |
| 05/03/2016 | KN | Phone call with M. Sticca regarding status of case | 0.20 | $ 250.00/hr | $ 50.00 |
| 05/26/2016 | KN | Email exchange with F. McGinn regarding status of D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 06/22/2016 | KN | Email exchange with F. McGinn regarding transcripts of 2004 exam of P. Bronder-Giroux | 0.10 | $ 250.00/hr | $ 25.00 |
| 06/29/2016 | KN | Prepare for and hold phone conference with J. Morrier regarding ch. 11 plan and claim classification issues | 1.30 | $ 250.00/hr | $ 325.00 |
| 07/11/2016 | KN | Prepare for and attend meeting with J. Morrier, F. McGinn, and representatives from DHCD regarding possible agreement on terms of chapter 11 plan; meeting with J. Morrier regarding same | 5.00 | $ 250.00/hr | $ 1,250.00 |
| 07/20/2016 | KN | Prepare for and attend meeting with J. Morrier, J. Loughnane, and F. McGinn regarding possible plan terms | 3.00 | $ 250.00/hr | $ 750.00 |
| 07/20/2016 | KN | Research LIHEAP, HEARTWAP, and DOE Weatherization Programs | 1.50 | $ 250.00/hr | $ 375.00 |
| 07/21/2016 | KN | Email L. Vitale at DHCD regarding LIHEAP regulations | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/21/2016 | KN | Email M. Sticca regarding negotiations with Boston Gas | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/26/2016 | KN | Review and respond to email L. Vitale at DHCD regarding LIHEAP regulations | 0.40 | $ 250.00/hr | $ 100.00 |
| 07/27/2016 | KN | Conference call with F. McGinn and DHCD representatives regarding LIHEAP funds, Eagle Bank setoff, eligible creditors, and Boston Gas | 0.80 | $ 250.00/hr | $ 200.00 |
| 08/22/2016 | KN | Email committee members regarding next meeting | 0.10 | $ 250.00/hr | $ 25.00 |
| 08/22/2016 | KN | Email J. Horne regarding A. Howser's deposition | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/01/2016 | KN | Phone call with J. Morrier regarding plan and claims issues and matters with DHCD | 1.10 | $ 250.00/hr | $ 275.00 |
| 09/01/2016 | KN | Prepare for and meet with Committee | 1.00 | $ 250.00/hr | $ 250.00 |

| 09/06/2016 | KN | Review and respond to email from J. Morrier regarding structure of settlement with Boston Gas and DHCD | 0.20 | $ 250.00/hr | $ 50.00 |
| 09/08/2016 | KN | Email and phone call with J. Morrier regarding DHCD and plan issues, plus preparation time | 1.20 | $ 250.00/hr | $ 300.00 |
| 09/14/2016 | KN | Phone call with J. Morrier regarding potential settlement of claims with DHCD, Boston Gas, and Eagle Bank | 0.20 | $ 250.00/hr | $ 50.00 |
| 09/15/2016 | KN | Phone call with F. McGinn regarding DHCD's position on Eagle Bank setoff and possible settlement | 0.40 | $ 250.00/hr | $ 100.00 |
| 09/19/2016 | KN | Phone call with J. Morrier regarding Eagle Bank, DHCD, and plan issues | 0.20 | $ 250.00/hr | $ 50.00 |
| 09/21/2016 | KN | Phone call with J. Horne and M. Fencer regarding status of deposition and D&O claim | 0.20 | $ 250.00/hr | $ 50.00 |
| 09/28/2016 | KN | Review email from J. Morrier regarding possible DHCD Boston Gas settlement; email to client regarding same | 0.80 | $ 250.00/hr | $ 200.00 |
| 09/28/2016 | KN | Review and respond to email from J. Horne regarding deposition | 0.10 | $ 0.00/hr | No Charge |
| 11/14/2016 | KN | Review and respond to email from P. Bachtell regarding status of D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 11/17/2016 | KN | Review email from J. Morrier regarding potential N. Grid / Eagle Bank settlement | 0.20 | $ 250.00/hr | $ 50.00 |
| 11/30/2016 | KN | Email client regarding National Grid counteroffer and settlement analysis | 0.30 | $ 250.00/hr | $ 75.00 |
| 12/01/2016 | KN | Review and respond to email from Committee member regarding deposition of A. Howser and National Grid proposal; calculate alternative outcome if no differential treatment | 0.50 | $ 250.00/hr | $ 125.00 |
| 12/05/2016 | KN | Committee meeting to discuss negotiations between debtor, Committee, Eagle Bank and National Grid | 0.80 | $ 250.00/hr | $ 200.00 |
| 01/30/2017 | KN | Review and respond to email from M. Fencer regarding counsel for D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 02/28/2017 | KN | Meeting with M. Fencer to discuss status of D&O litigation and potential successor counsel | 0.40 | $ 250.00/hr | $ 100.00 |
| 03/08/2017 | KN | Prepare for and attend committee meeting to discuss D&O litigation with special counsel | 1.50 | $ 250.00/hr | $ 375.00 |
| 03/08/2017 | KN | Email exchange with J. Morrier regarding status of negotiations with DHCD and National Grid | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/26/2017 | KN | Review draft Chapter 11 Plan, LIHEAP Settlement Agreement, and Asset Purchase Agreement | 2.30 | $ 250.00/hr | $ 575.00 |
| 03/27/2017 | KN | Email J. Morrier regarding plan and side agreements, and motion for derivative standing | 0.30 | $ 250.00/hr | $ 75.00 |
| 03/27/2017 | KN | Review and respond to email from J. Morrier regarding Committee's questions about draft plan and agreements | 0.20 | $ 250.00/hr | $ 50.00 |
| 03/27/2017 | KN | Draft Motion for Authority to Bring D&O Claims | 2.70 | $ 250.00/hr | $ 675.00 |

| 03/27/2017 | KN | Email J. Morrier regarding assumption and rejection of leases in plan | 0.20 | $ 250.00/hr | $ 50.00 |
| 03/28/2017 | KN | Review and respond to email from J. Morrier regarding motion for derivative standing | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/29/2017 | KN | Review and respond to email from J. Morrier regarding motion for committee to bring D&O claims with attachment | 0.20 | $ 250.00/hr | $ 50.00 |
| 03/29/2017 | KN | Prepare for and hold call with J. Morrier regarding plan, disclosure statement, side agreements, and timing of related issues | 0.30 | $ 250.00/hr | $ 75.00 |
| 03/30/2017 | KN | Phone call with M. Fencer regarding successor counsel for D&O litigation | 0.20 | $ 250.00/hr | $ 50.00 |
| 03/30/2017 | KN | Review and respond to email from M. Fencer regarding counsel for D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/31/2017 | KN | Email potential special counsel regarding representing committee in D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 03/31/2017 | KN | Draft correspondence to committee members regarding plan, committee recommendation, status of D&O litigation, and successor counsel | 0.80 | $ 250.00/hr | $ 200.00 |
| 04/02/2017 | KN | Review and respond to email from committee member regarding anticipated dividend under the plan | 0.40 | $ 250.00/hr | $ 100.00 |
| 04/02/2017 | KN | Email potential special counsel regarding claim against D&O of Debtor | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/03/2017 | KN | Review Debtor's Assent to Expedited Motion for Authority to Assert and Prosecute Insider Claims in the Name of and on Behalf of the Estate and to Compromise Such Claims | 0.10 | $ 0.00/hr | No Charge |
| 04/03/2017 | KN | Email exchange with Committee members regarding support for chapter 11 plan | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/03/2017 | KN | Email J. Morrier regarding status of plan and disclosure statement | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/03/2017 | KN | Revise, finalize and file Expedited Motion for Authority to Prosecute Insider Claims | 0.40 | $ 250.00/hr | $ 100.00 |
| 04/03/2017 | KN | Email exchange with potential special counsel regarding D&O litigation | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/04/2017 | KN | Email exchange with M. Fencer regarding work product for D&O litigation | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/04/2017 | KN | Email potential special counsel re transcripts from 2004 exams | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/04/2017 | KN | File COS re: Notice of Hearing re: Motion for Order/Authority | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/11/2017 | KN | Phone call and email with potential special counsel regarding claims against D&O of Debtor | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/12/2017 | KN | Emails to potential special counsel re claims against D&O of the Debtor | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/12/2017 | KN | Prepare for and attend hearing on Committee's Motion for Derivative Standing | 2.50 | $ 250.00/hr | $ 625.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/14/2017 | KN | Email exchange with client regarding status of efforts to retain successor special counsel and filing of Debtor's plan and disclosure statement | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/15/2017 | KN | Review Disclosure Statement and Exhibits and Review Motion to Approve Disclosure Statement and Plan Solicitation Procedures filed by Debtor | 1.20 | $ 250.00/hr | $ 300.00 |
| 04/20/2017 | KN | Draft Application to Employ Dalton & Finegold LLP as Special Counsel | 0.70 | $ 250.00/hr | $ 175.00 |
| 04/20/2017 | KN | Email and phone call with J. Redlener regarding application to employ and complaint | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/25/2017 | KN | Email exchange with J. Redlener regarding refiling complaint | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/25/2017 | KN | File Declaration of Electronic Filing for Application to Employ Dalton and Finegold | 0.10 | $ 250.00/hr | $ 25.00 |
| 04/26/2017 | KN | Email exchange with J. Redlener regarding filing of amended complaint | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/04/2017 | KN | Review Settlement Agreement between Debtor and Michael Brandano d/b/a Brandano Plumbing and Heating; Review Motion filed by Debtor to Approve Settlement Agreement | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/05/2017 | KN | Review Order granting Application to Employ Dalton & Finegold, LLP | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/11/2017 | KN | Email client regarding Brandano Settlement, Creditor Trust, Disclosure Statement, and amended complaint | 0.50 | $ 250.00/hr | $ 125.00 |
| 05/11/2017 | KN | Review creditor trust agreement; email to Debtor's counsel regarding same | 0.20 | $ 250.00/hr | $ 50.00 |
| 05/16/2017 | KN | Review Limited Objection to Disclosure Statement filed by Creditor Malden Redevelopment Authority | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/16/2017 | KN | Revise creditor trust agreement; email exchange with Debtor's counsel regarding same | 0.40 | $ 250.00/hr | $ 100.00 |
| 05/17/2017 | KN | Review Supplement to Debtor's Liquidating Plan dated 4/14/17 | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/19/2017 | KN | Review Chapter 11 Plan of Reorganization filed by Debtor | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/23/2017 | KN | Review Debtor's Response re: Limited Objection to Disclosure Statement; Review Withdrawal re: Limited Objection to Disclosure Statement filed by Creditor Malden Redevelopment Authority | 0.10 | $ 250.00/hr | $ 25.00 |
| 05/24/2017 | KN | Review Amended Disclosure Statement for Debtor's Liquidating Chapter 11 Plan dated 4/14/17 | 0.20 | $ 250.00/hr | $ 50.00 |
| 05/24/2017 | KN | Prepare for and attend hearing on Approval of Debtor's Disclosure Statement | 2.50 | $ 250.00/hr | $ 625.00 |
| 05/25/2017 | KN | Review Notice of (A) Approval of Disclosure Statement; (B) Hearing on Confirmation of the Plan; (C) Deadline for Objecting to Confirmation of the Plan; (D) Procedures and Deadlines for Voting on the Plan; (E) Administrative Claim Bar Date re: Chapter 11 Plan | 0.10 | $ 250.00/hr | $ 25.00 |

| Date | By | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 06/29/2017 | KN | Email client regarding ballots for acceptance of chapter 11 plan | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/07/2017 | KN | Review Affidavit of John T. Morrier Regarding Solicitation and Tabulation of Voting on Debtor's Liquidating Plan | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/08/2017 | KN | Review proposed order confirming debtor's liquidating plan | 0.30 | $ 250.00/hr | $ 75.00 |
| 07/10/2017 | KN | Review Settlement Agreement and Limited Mutual Release and Acadia Insurance Group LLC Assented to Motion to Approve Settlement Agreement | 0.10 | $ 250.00/hr | $ 25.00 |
| 07/10/2017 | KN | Prepare for and attend hearing on confirmation of chapter 11 liquidating plan | 1.50 | $ 250.00/hr | $ 375.00 |
| 09/06/2017 | KN | Email exchange with client regarding status of Debtor's closing | 0.10 | $ 250.00/hr | $ 25.00 |
| 09/06/2017 | KN | Phone call with J. Morrier and J. Redlener regarding Tri-CAP D&O litigation discovery issues | 0.50 | $ 0.00/hr | No Charge |
| 11/13/2017 | KN | Email exchange with J. Morrier regarding closing date | 0.10 | $ 250.00/hr | $ 25.00 |
| 11/22/2017 | KN | Review and respond to email from J. Morrier regarding anticipated closing date | 0.10 | $ 250.00/hr | $ 25.00 |
| 12/13/2017 | KN | Email exchange with J. Morrier regarding closing date | 0.10 | $ 250.00/hr | $ 25.00 |
| 12/14/2017 | KN | Email client regarding closing date and status of D&O litigation | 0.20 | $ 250.00/hr | $ 50.00 |
| 12/26/2017 | KN | Review and respond to email from J. Morrier regarding closing and final figures for distribution pursuant to Plan and LIHEAP Settlement | 0.30 | $ 250.00/hr | $ 75.00 |

**In Reference To: Tri-CAP (Expenses)**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|
| 06/30/2015 | KN | Copies - Application to Employ KEN as Counsel | $ 6.60 |
| 06/30/2015 | KN | Postage - Application to Employ KEN as Counsel | $ 10.78 |
| 08/28/2015 | KN | Copies - Opposition to HHS's Motion for Relief | $ 7.50 |
| 08/28/2015 | KN | Postage - Opposition to HHS's Motion for Relief | $ 12.25 |
| 02/22/2016 | MS | Postage - Application to Employ Jager Smith as Special Counsel | $ 52.17 |
| 02/22/2016 | MS | Copies - Application to Employ Jager Smith as Special Counsel | $ 99.90 |
| 04/21/2017 | KN | Copies - Application to Employ Dalton & Finegold as Special Counsel | $ 109.80 |
| 04/21/2017 | KN | Postage - Application to Employ Dalton & Finegold as Special Counsel | $ 56.12 |

| | |
|---|---|
| **Total Hours** | 113.80 hrs |
| **Total Services** | $ 27,425.00 |
| **Total Expenses** | $ 355.12 |
| **Total Invoice Amount** | $ 27,780.12 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 27,780.12** |

**User Hours Summary**

**Billing Period: 06/29/2015 - 07/02/2018**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|------|-------------:|----------:|--------------:|
| Kate E Nicholson | 109.70 | $250.00 | $27,425.00 |
| Kate E Nicholson | 4.10 | $250.00 | $0.00 |

**EXHIBIT E**

## IV:  ATTORNEY BIOGRAPHY

**Kate E. Nicholson** -- Kate Nicholson is a founding partner of the firm of Nicholson Herrick LLP in Cambridge, Massachusetts, and was formerly the sole member of Nicholson Shepard LLC.  Ms. Nicholson specializes in representing individuals, small businesses, and trustees in all variety of bankruptcy matters.  Ms. Nicholson is a member of the American Bankruptcy Institute (ABI), where she served on the Chapter 7 Committee of the ABI Consumer Bankruptcy Commission, and is a member of the Boston Bar Association, where she is serving as co-chair of the BBA Bankruptcy Section's Public Service Committee and as a member of its Strategic Planning Committee and Steering Committee.  Ms. Nicholson has presented on a wide range of bankruptcy issues at events such as the Federal Judicial Center's training for bankruptcy judges and the National Consumer Law Center's consumer rights litigation conference. She has written articles and educational materials for the Norton Annual Survey of Bankruptcy Law, the Boston Bar Association, Massachusetts Continuing Legal Education, and the American Bankruptcy Institute and is co-editor for Consumer Bankruptcy Law for the Norton Annual Survey of Bankruptcy Law.  Ms. Nicholson was honored as one of the ABI's "40 Under 40" in 2017.  In addition to practicing as an attorney, Ms. Nicholson teaches legal research and writing at Boston University School of Law.  Ms. Nicholson received her B.A. from the University of Pittsburgh and her J.D. from Harvard Law School.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE:                                            ) | |
|                                                        ) | **CHAPTER 11** |
| **TRI-CITY COMMUNITY**              ) | **CASE NO. 15-11569-JNF** |
| **ACTION PROGRAM, INC**          ) | |
|                                                        ) | |
| **DEBTOR**                    ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

I, Kate E. Nicholson, certify that I have sent a copy of this **Application of Kate E. Nicholson for Compensation and Reimbursement of Expenses as Counsel to The Official Committee of Unsecured Creditors** via first-class mail, postage prepaid, to the parties on the attached list who do not receive electronic notice via ECF.

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonherrick.com

Dated: July 3, 2018

**Electronic Mail Notice List**

The following is the list of **parties and attorneys** who are currently on the list to receive email notice/service for this case.

- **Paula R.C. Bachtell**      paula.bachtell@usdoj.gov
- **Joseph H. Baldiga**      jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
- **Howard P. Blatchford**      hblatchford@jagersmith.com
- **John Chamberlain**      bchamberlain@LynchLynch.Com
- **John Fitzgerald**      USTPRegion01.BO.ECF@USDOJ.GOV
- **John Foley**      jfoley@foley-legal.com
- **Jonathan Green**      jonathan.green@state.ma.us
- **Jonathan Horne**      jhorne@murthalaw.com, lmulvehill@murthalaw.com
- **Matthew A. Kane**      kane@laredosmith.com, doyle@laredosmith.com
- **Kevin J. Kiely**      Kevin@Oldharborlaw.com
- **David Koha**      koha@casneredwards.com, luo@casneredwards.com
- **John G. Loughnane**      jloughnane@nutter.com, jryan@nutter.com
- **Michael Malamut**      michael.malamut@state.ma.us
- **Frank McGinn**      ffm@bostonbusinesslaw.com
- **Brendan T. Mockler**      brendan.mockler@usdoj.gov, USAMA.bankruptcy@usdoj.gov
- **John T. Morrier**      morrier@casneredwards.com
- **Kate E. Nicholson**      knicholson@nicholsonherrick.com,
  knicholson@ecf.courtdrive.com;ekropelin@nicholsonherrick.com
- **Daniel Occena**      doccena@occenalaw.com, occenadr72847@notify.bestcase.com
- **Mark W. Powers**      mpowers@bowditch.com, salers@bowditch.com
- **Jesse I. Redlener**      jredlener@ascendantlawgroup.com
- **Jordan L. Shapiro**      JSLAWMA@aol.com
- **A. Davis Whitesell**      whitesell@casneredwards.com

**Manual Notice List**

David H Nickerson
177 Worcester Road
Ste. 305
Wellesley, MA 02481

Ronald Pierre-Louis
11 Fairmount Avenue, Suite 105
Hyde Park, MA 02136